AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Fish

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

CASE NUMBER 1:06CV01281

CASE

JUDGE: Paul L. Friedman

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/20/2006

TO: (Name and address of Defendant)

Robert S. Mueller
Federal Bureau of Investigation
935 Pennsylvania Avenue
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Messineo
Partnership for Civil Justice
10 G Street, NE Suite 650
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUL 20 2006
_____      _____
CLERK                             DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |
| *Check one box below to indicate appropriate method of service* |||

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                          *Signature of Server*

                                         _____
                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 0550 0000 6907 6649

Sent To: Robert Mueller  FBI
Street, Apt. No.; or PO Box No.: 935 Pennsylvania Ave NW
City, State, ZIP+4: W, DC 20535

PS Form 3800, June 2002 — See Reverse for Instructions



# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0550 0000 6907 6690**
Status: **Delivered**

Your item was delivered at 3:41 am on July 25, 2006 in WASHINGTON, DC 20535.

( Additional Details > ) ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy