# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Fish

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

CASE NUMBER 1:06CV01281

CAS JUDGE: Paul L. Friedman

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/20/2006

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Messineo
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, NE Suite 650
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 2 0 2006
CLERK                                DATE

_/s/ Maureen Heggins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　Date　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

7004 0550 0000 6907 6706

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Alberto Gonzales USAG, US DOJ
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4 W, DC 20530

PS Form 3800, June 2002 — See Reverse for Instructions



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0550 0000 6907 6706**
Status: **Delivered**

Your item was delivered at 4:51 am on July 24, 2006 in WASHINGTON, DC 20530.

Track & Confirm 

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy