UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,**<br>**486 Mount View Rd.**<br>**Thorndike, ME 04986**,<br><br>           Plaintiff,<br><br>           v.<br><br>**UNITED STATES OF AMERICA,**<br>**C/O Office of the United States Attorney,**<br>**555 4th Street, N.W.**<br>**Washington, D.C. 20530,**<br><br>           Defendant. | Civil Action No. 06-01281 (PLF/JMF) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

                                                Respectfully submitted,

                                                s/Peter Smith

                                        PETER SMITH, D.C. Bar #465131
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372