UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-01281 (PLF/JMF) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests an enlargement of time, up to and including October 30, 2006, within which to respond to Plaintiff's Complaint.  Pursuant to Local Rule 7(m), the undersigned discussed the relief requested in this Motion with Plaintiff's counsel, who stated that Plaintiff consents to this enlargement of time.  A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. Defendant's answer currently is due by September 22, 2006 in this FTCA case.

2. Defendant anticipates filing a dispositive motion in response to the Complaint in this case.  The additional time is needed because the undersigned will need time to prepare the dispositive motion and to coordinate the government's response with the client agency.  In addition, the undersigned counsel of record will need the requested time to review relevant materials and to conduct research on any applicable legal defenses.  In addition, the undersigned's commitments in other cases will prevent the earlier filing of a dispositive motion.  For example, in early October , the undersigned counsel has an appellate reply brief and two oral

arguments in the Court or Appeals.

    3. This extension is sought in good faith.  The granting of this Motion would promote judicial economy because, should the Court grant the dispositive motion Defendant anticipates filing, it would resolve this case without the cost and time of further litigation.

    For the foregoing reasons, Defendant respectfully requests that this Motion be granted.

    Respectfully submitted,

    s/Kenneth L. Wainstein (pss)
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

    s/Peter S. Smith
_____
PETER S. SMITH, D.C. BAR #465131
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Tele: (202) 307-0372