UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-01281 (PLF/JMF) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Extension of Time to Answer and the Memorandum of Points and Authorities in Support thereof, it is this _____ day of _____, 2006, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendants' answer or response to the Complaint is due by October 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE