UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>)<br>Defendant. ) | Civil Action No. 06-01281 (PLF/JMF) |

**DEFENDANT'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests a one-week enlargement of time, up to and including November 6, 2006, within which to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the undersigned discussed the relief requested in this Motion with Plaintiff's counsel's office. We understand that Plaintiff consents to this enlargement of time. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1.  By order dated September 20, 2006, Defendant's answer currently is due by October 30, 2006, in this FTCA case.

2.  Defendant anticipates filing a dispositive motion in response to the Complaint in this case. Despite diligent efforts to complete the government's filing in this case, the undersigned counsel of record's time was spent last week, inter alia, completing and filing a 22-page reply in a Title VII case, Porter v. Tobias, Civil No. 04-1440 (RBW); preparing and filing the two-volume deferred appendix in Fogg v. Gonzales, Appeal No. 05-5439; and participating in a half-day mediation session in Cleveland v. DHS, Civil No. 05-1709 (GK), that had been

scheduled on short notice. Despite working diligently over weekend to complete the government's dispositive motion, the government will need additional time to coordinate the filing with the client agency, the FBI, and allow the FBI sufficient time to review and comment upon the draft motion. The undersigned expects that the requested extension should be sufficient to allow the government to file its response to Plaintiff's Complaint without the need for additional extensions.

3.  This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the dispositive motion Defendant anticipates filing, it would resolve this case without the cost and time of further litigation.

For the foregoing reasons, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372