

# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

Certified Mail
August 23, 2002

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, N.W., #119
Washington, D.C. 20036

Mara Verheyden-Hilliard, Esquire
Carl Messineo, Esquire
Zachary Wolfe, Esquire
Partnership For Civil Justice, Inc.
1901 Pennsylvania Avenue, N.W., #607
Washington, D.C. 20008

Daniel M. Schember, Esquire
Gaffney & Schember
1666 Connecticut Avenue, N.W., #225
Washington, D.C. 20009

James R. Klimaski, Esquire
Klimaski & Grill
1400 K Street, N.W., #1000
Washington, D.C. 20005

Dear Counsel:

This responds to your Federal Tort Claims Act (FTCA) presentment to six Federal executive agencies dated April 12, 2002, regarding allegations that generally stem from events surrounding the meetings of the IMF and World Bank in April 2000.

First, pursuant to 28 C.F.R. § 14.2(b)(2), please be advised that the National Park Service has been designated as the lead Federal executive agency for the FTCA claim for the Bureau of Alcohol, Tobacco and Firearms, Drug Enforcement Administration, Federal Bureau of Investigation, Federal Emergency Management Agency, United States Secret Service. As such, all future correspondence concerning the FTCA claim against these six Federal executive agencies should be now directed to the National Park Service c/o the Office of the Solicitor, Department of the Interior, 1849 C Street, N.W. Room 6559, Washington, D.C. 20240, Attn: Randolph J. Myers. Any future correspondence to the United States Capitol Police, a Federal legislative agency, should continue to be directed to them.

DEA 0007

Second, please be advised that we object to that portion of the FTCA presentment that purports to file a $250,000 claim on behalf of each unidentified and unknown "class representatives and class members." Such a claim is impermissible under the FTCA, and if you wish to cure this defect, we request that within the next forty days you provide us with (1) supplemental information regarding each claimant's identity, (2) sufficient information regarding their claim for personal injury, pain or suffering, (3) sufficient information regarding their property injury or loss, and that (4) you are their duly authorized agent or legal representative. We reserve the right, however, to ultimately object under the statute of limitations.

Third, your FTCA presentment is legally inadequate and, if you wish to cure it, we request that within the next forty days you provide us with the necessary supplemental information. As you know, the FTCA presentment included only two attachments, one comprising a five page supplement to the claim, and the other, "incorporated by reference" a copy of the complaint from *Fifty Years Is Enough v. District of Columbia*, No. 01-CV-0811 (D.D.C.), which also alleged that the District of Columbia, the Metropolitan Police Department (MPD), "Unknown Officers" of the MPD, and "Unknown Federal Agents" committed tortious acts.

The FTCA presentment and its attachments, however, provide absolutely no information that any Federal agency or Federal employee acted improperly or that any actions they may have taken caused any personal injury or property loss or damage to any named claimants. Indeed, insofar as the FTCA presentment provides no such information, it is legally inadequate and we request that you supplement it with information sufficient in content and detail that will allow us to investigate the tortious acts allegedly committed by the named Federal executive agencies and their employees.

In addition, to support any claimant's alleged injury, pain or suffering that you allege resulted from any of the named Federal executive agency's actions, pursuant to 28 C.F.R. § 14.4(b)(1)-(5), we also request a copy of the written report by the attending physician or dentist setting forth the nature and extent of the injury, nature and extent of treatment, any degree of temporary or permanent disability, the prognosis, period of hospitalization, and any diminished earning capacity. We also request a copy of all itemized medical, dental and hospital bills or itemized receipts of payment for such expenses. If the prognosis reveals the necessity for future treatment, we request a statement of expected expenses for such treatment. If there is a claim for loss of time from employment, we request a written

2

DEA 0008

statement from the employer showing actual time lost from employment, whether he is a full or part-time employee, and wages or salary actually lost. If a claimant is self-employed and alleges loss of income, we request documentary evidence showing the amount of earnings actually lost.

In addition, to support any claimant's alleged property loss or damage that you assert resulted from any Federal executive agency's actions, pursuant to 28 C.F.R. § 14.4(c)(1)-(4), we request the following evidence or information: (1) proof of ownership; (2) detailed statement of amount claimed with respect to each item of property; (3) an itemized receipt of payment for necessary repairs or itemized written estimates of the cost of such repairs; and (4) where repair is not economical, a statement listing the date of purchase, purchase price and salvage value.

Finally, to support any claimant's alleged personal injury, pain and suffering and for any injury to or loss of property that you assert was the result of any Federal executive agency's actions, pursuant to 28 C.F.R. § 14.4(b)(6), (c)(5), we request any other evidence and information which may have a bearing on the responsibility of the United States for either the personal injury or property loss claims.

Accordingly, because the FTCA presentment is legally inadequate, we are unable to process it until we receive the requested information and documentary support. And, as stated in FTCA Form 95's Instruction (d), "[f]ailure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim 'invalid'" (emphasis added).

Your prompt attention in this matter is appreciated. If you have any questions, please contact Randolph J. Myers at (202) 208-4338.

Sincerely,

Randolph J. Myers
Acting Assistant Solicitor
Branch of National Parks

James L. Weiner
Acting Assistant Solicitor
Branch of Procurements and Patents

3

DEA 0009

```
bcc: SOL:Randolph Myers
     SOL:James Weiner
     DOJ:Edith Shine
     FBI:Ted Schwartz
     Capitol Police:Bill Emory
     DEA:Leslie K. Schumacher
     ATF:John Kodadek
     FEMA:Barbara Montoya
     USSS:Tim Foley, Anne Rowland
     NCR:Pete Gentile
     NACC-Superintendent
     NACC-Safety Officer
     USPP-Chief Teresa Chambers
```

PreparedRandolph Myers:08/15/2002RevisedEShine8/22/02
(FTCAnoticeSOL8.22.02)

DEA 00010