EXHIBIT 2

19424
AGB/loj

1

1          PARTNERSHIP FOR CIVIL JUSTICE

2

3

4    - - - - - - - - - - - - - - - - - x

5    ALLIANCE FOR GLOBAL JUSTICE et al., : Case No.

6              v.                       : 01-0811 (PLF)

7    DISTRICT OF COLUMBIA, et al.       :

8    - - - - - - - - - - - - - - - - - x

9

10

11          DEPOSITION OF JAMES W. RICE, II

12

13

14                    Washington, DC

15                    Wednesday, August 3, 2005

16

17

18   REPORTED BY:

19        ANNE G. BLOOM

20

21

22

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700          800-336-6646          410-684-2550

19424T1-6
AGB/agb

32

1    Transit Authority.

2         Q      And Mr. Louryk was, in fact, deputized

3    through the U.S. Department of Justice United States

4    Marshal's Service at a time as reflected in this

5    document?

6         A      Yes, sir.

7         Q      Did Mr. Louryk, while deputized, work

8    full-time for the federal government?

9              MR. SMITH:   Objection, legal conclusion.

10   You can answer.

11             THE WITNESS:   He was assigned to the Joint

12   Terrorism Task Force.

13             BY MR. MESSINEO:

14        Q      Who paid his salary?

15        A      The Metropolitan Transit Police

16   Department.

17        Q      Was he assigned to the JTTF -- this is the

18   Washington JTTF, correct?

19        A      Yes, sir.

20        Q      Was he assigned to that full-time or part-

21   time?

22        A      Full-time.

19424T1-6
AGB/agb

43

1    17th?

2                    MR. SMITH:  Objection, form.  You can

3    answer.

4                    THE WITNESS:  It's such a broad question,

5    I don't -- could you narrow it down for me?

6                    BY MR. MESSINEO:

7         Q    With respect to the period of April 15th

8    to 17th -- and if in response, in your answers, you

9    want to distinguish between days within that period

10   that I've put together as a group, go right ahead and

11   then I'll put my questions to you in that way.

12        A    Okay.

13        Q    During the period of April 15th to 17th,

14   what were Detective Louryk's assignments as they

15   related to the IMF World Bank demonstrations?

16                   MR. SMITH:  Objection, form as to

17   demonstrations.  You can answer.

18                   THE WITNESS:  The assignments that I gave

19   him, along with the other members of the JTTF, were

20   simply as members of the intel or observing teams:

21   again, to stay on the periphery of the on-going

22   events and to report back any suspicious activity or

19424T1-6
AGB/agb

44

1    any threats that they saw, anything that they deemed

2    that the command post should know about.

3              BY MR. MESSINEO:

4        Q    Did you ever meet Detective Louryk in

5    person?

6        A    Yes, sir.

7        Q    And would you recognize him visually?

8        A    Yes, sir.

9        Q    So you've had ample opportunity to

10   familiarize yourself with his general appearance as

11   it was back in April 2000?

12       A    Yes, sir.

13             MR. MESSINEO:  This is a series of photos

14   that we'll mark as Exhibit 2.  Please take a moment

15   and look at each of the four pages to Exhibit 2.

16                              (The document was marked

17                              Rice Deposition Exhibits

18                              2A, 2B, 2C and 2D for

19                              identification.)

20        (Handing document to the witness.)

21             BY MR. MESSINEO:

22       Q    Please take a look at these four pages of

19424T1-6
AGB/agb

45

1    Exhibit 2 that in the right bottom corner are marked

2    respectively A, B, C and D, and let me know when

3    you've taken a look at them.

4              (Witness reviewing document.)

5         A    Yes, sir.

6         Q    Is Detective Bruce Louryk depicted in any

7    of these photographs?

8         A    Yes, sir, I believe so.

9         Q    Can you please identify -- let's go

10   through them page by page.  On page A of Exhibit 2 --

11    and there happens to be three images here -- is

12   Detective Louryk depicted on this page?

13        A    He's depicted in the leftmost photograph.

14   I'm sure about that, I'm sure that's Bruce in that

15   picture.  I'm not 100 percent sure that's the same

16   person in the other picture.  The one on the far

17   right is just so bad I just can't tell if that's him

18   or not.  The one in the middle, though, the hair is

19   different and it looks like the shape of the face is

20   different.  It could well be Detective Louryk, but I

21   tell you, if this was a photo spread, I'm not sure I

22   would pick him out in that particular picture.  But