## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will retain the original and become custodian of FBI's Answers to Plaintiffs' Interrogatories as contemplated by LCivR 5.2(a), and that on this 25th day of June, 2004 a copy of the foregoing was sent by First Class Mail, postage prepaid to:

Mara Verheyden-Hilliard
Partnership For Civil Justice, Inc.
1901 Pennsylvania Avenue, NW
Suite 607
Washington, D.C. 20006

Thomas Koger
Office of the Corporation Counsel
441 4th St, NW
6th Floor
Washington, D.C. 20001

PETER SMITH, D.C. Bar # 465131
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

31


GOVERNMENT EXHIBIT 6