UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FISH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1281 (PLF/JMF) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Rule 7.1(h), the United States of America provides the following statement of material facts as to which there is no genuine issue:

1. In Alliance for Global Justice et al. v. District of Columbia et al., Civ. No. 01-0811 (PLF/JMF),[1] plaintiff Robert Fish complains that he "was injured by excessive police force on April 17, 2000 . . . Plaintiff Fish was beaten over the head by an undercover officer wielding a baton as he was taking pictures." Alliance Compl. at ¶ 16. See also id. at ¶¶ 128 (same), 169 (alleging that "Defendants' actions in using excessive force against certain individual plaintiffs constituted assault and battery against those plaintiffs).

2. The United States is a party-defendant in the Alliance case, as is the Director of the FBI. Alliance Compl., caption.

---

[1] The case was initially captioned Fifty Years is Enough, et al. v. District of Columbia et al. Plaintiffs amended their complaint, see Document No. 93 in that case, to withdraw certain plaintiffs and add others. At all times, Robert Fish remained, and remains, a plaintiff in Civil Action No. 01-0811.

3. Plaintiffs in Fifty Years is Enough, including Robert Fish, through counsel, presented a Standard Form 95, "Claim for Damage, Injury, or Death," dated April 12, 2002 to seven Federal agencies, including the Federal Bureau of Investigation (FBI). Ex. 1 attached. Attached was a copy of the plaintiffs' complaint in that case. Id.

4. An attachment to the April 12, 2002 claim form referenced above states that it includes a claim for "Rob Fish, assault and battery (baton beating) (see Complaint ¶¶ 16, 128), $750,000." Def. Ex. 1, attachment at 3.

5. An attachment to the April 12, 2002 claim form referenced above states that the "various incidents and events giving rise to these claims are described in the Amended Complaint filed in Fifty Years is Enough, et al. v. District of Columbia et al., No. 01-CV-0811 (PLF (D.D.C.) which is attached hereto and incorporated herein by reference." Id. at 4.

6. On August 23, 2002, NPS attorneys Randolph J. Meyers and James L. Weiner responded to the April 12, 2002, claims on behalf of all the agencies named therein (including the FBI). The August 23, 2002, letter explained that the April 12, 2002 claims were legally inadequate and requested additional information. Ex. 2 attached.

7. On February 6, 2003, the agencies denied the claim(s). Ex. 3 attached.

8. Plaintiff submitted another claim form "under the FTCA" to the FBI on November 4, 2005 complaining about, inter alia, the same underlying conduct concerning Mr. Fish as the April 12, 2002 administrative claim. Compl. at ¶ 27;

Ex. 5 (November 4, 2005 administrative claim form).

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

   s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372