UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 06-1281 (PLF/JF) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS OR FOR <u>SUMMARY JUDGMENT</u>**

Plaintiff herein respectfully request they be granted an enlargement until December 21, 2006 within which to file their opposition to the Federal Defendants' Motion to Dismiss or for Summary Judgment.

Counsel for the federal defendants has consented to the relief requested herein.

The request is submitted in order that the undersigned counsel be able to complete the opposition motion in light of pressing litigation obligations. This week, undersigned counsel has taken three depositions, engaged in mediation for two other protest-related cases, and appeared before the D.C. Superior Court for a hearing. The relief requested herein would allow undersigned counsel to complete the filing.

No party will be prejudiced by this request.

                Respectfully submitted,

November 17, 2006                _/s/_____
                                            Carl Messineo (#450033)
                                            Mara Verheyden-Hilliard (#450031)
                                            PARTNERSHIP FOR CIVIL JUSTICE
                                            10 G Street, NE Suite 650
                                            Washington, DC 20002
                                            (202) 789-4330
                                            (202) 789-4333 facsimile