UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-1281 (PLF/JF) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Federal Defendants' Motion to Dismiss or for Summary Judgment, it is this _____ day of _____, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that plaintiffs may file their opposition up to and including December 21, 2006.

_____
John Facciola
United States Magistrate Judge