UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.  06-1281 (PLF/JF) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Plaintiff herein respectfully request they be granted an enlargement until January 31, 2007 within which to file their opposition to the Federal Defendants' Motion to Dismiss or for Summary Judgment.

Counsel for the federal defendants has consented to the relief requested herein.

The request is submitted in order that the undersigned counsel be able to complete the opposition motion in light of multiple other briefing and litigation obligations, including an opposition brief to a motion for leave to amend answer, as well as an opposition to a dispositive motion due this week in other constitutional rights cases, and responsibility for representing a class of plaintiffs in a matter currently in mediation with a deadline set by the Court for the first week of January. The relief requested herein would allow undersigned counsel to complete the filing.

No party will be prejudiced by this request.

1

                                      Respectfully submitted,

December 21, 2006                    _/s/_____
                                      Carl Messineo (#450033)
                                      Mara Verheyden-Hilliard (#450031)
                                      PARTNERSHIP FOR CIVIL JUSTICE
                                      10 G Street, NE Suite 650
                                      Washington, DC 20002
                                      (202) 789-4330
                                      (202) 789-4333 facsimile