UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1281 (PLF/JF) |
| | ) |
| UNITED STATES OF AMERICA, *et al.* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to File Opposition to Federal Defendants' Motion to Dismiss or for Summary Judgment, it is this _____ day of _____, 200__, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that plaintiffs may file their opposition up to and including January 31, 2007.

_____
John Facciola
United States Magistrate Judge