UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>  Defendants. )<br>_____) | Civil Action No.  06-1281 (PLF/JF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Plaintiff herein respectfully requests they be granted an enlargement until February 16, 2007 within which to file their opposition to the Federal Defendants' Motion to Dismiss or for Summary Judgment.

Counsel for the defendants does not oppose the relief requested herein. Defendants' counsel was contacted again today for consent to file *nunc pro tunc*, but is out of the office until the end of this week.

The relief requested herein is submitted in order that undersigned counsel be able to complete the opposition motion in light of existing litigation obligations. Undersigned counsel is involved in an emergency capital matter, and has taken three depositions last week in another protest related case.  The relief requested would enable counsel to complete the opposition brief.

No party will be prejudiced by this request.

                    Respectfully submitted,

February 1, 2007                    _/s/_____
                                          Carl Messineo (#450033)
                                          Mara Verheyden-Hilliard (#450031)
                                          PARTNERSHIP FOR CIVIL JUSTICE
                                          10 G Street, NE Suite 650
                                          Washington, DC 20002
                                          (202) 789-4330
                                          (202) 789-4333 facsimile