**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT FISH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-1281 (PLF/JF) |
| | ) | |
| UNITED STATES OF AMERICA*, et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time to File

Opposition to Federal Defendants' Motion to Dismiss or for Summary Judgment, it is this _____

day of _____, 2007, hereby

ORDERED that the motion is GRANTED *nunc pro tunc*; and it is further

ORDERED that plaintiffs may file their opposition up to and including February 16,

2007.

_____
John Facciola
United States Magistrate Judge