UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1281 (PLF/JF) |
| | ) |
| UNITED STATES OF AMERICA, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S CONSENT MOTION FOR ONE DAY ENLARGEMENT OF TIME TO FILE OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Plaintiff herein respectfully requests they be granted an enlargement of one day, until February 19, 2007, within which to file their opposition to the Federal Defendants' Motion to Dismiss or for Summary Judgment.

Counsel for the defendants consents to the relief requested herein.

The relief requested herein is submitted in order that undersigned counsel be able to complete the opposition motion in light of existing litigation obligations and personal circumstance. Undersigned counsel is involved in an emergency capital case, and has had three depositions this week. We expected to file today, however, due to the illness of a family member, undersigned counsel was unable to come to the office except briefly. The relief requested would enable counsel to complete the opposition brief.

No party will be prejudiced by this request.

                                      Respectfully submitted,

February 16, 2007                 _/s/_____
                                      Carl Messineo (#450033)
                                      Mara Verheyden-Hilliard (#450031)
                                      PARTNERSHIP FOR CIVIL JUSTICE
                                      10 G Street, NE Suite 650
                                      Washington, DC 20002
                                      (202) 789-4330
                                      (202) 789-4333 facsimile