UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1281 (PLF/JF) |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for One Day Enlargement of Time to File Opposition to Federal Defendants' Motion to Dismiss or for Summary Judgment, it is this \_\_\_\_\_ day of _____, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that plaintiffs may file their opposition up to and including February 19, 2007.

_____
John Facciola
United States Magistrate Judge