UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT FISH                              )
                                         )
           Plaintiff,                    )
                                         )
      v.                                 )    Civil Action No. 06-1281 (PLF/JF)
                                         )
UNITED STATES OF AMERICA, et al.         )
                                         )
           Defendants.                   )
                                         )

## AFFIDAVIT OF ROBERT FISH

1. I certify that I am over eighteen years of age and am competent to testify to the following based on personal knowledge.

2. I did not know that my assailant was related to, or an agent of, the federal government until after the August 1, 2005 disclosure that Bruce Louryk was a deputized federal agent working full time for the FBI's Joint Terrorism Task Force (JTTF).

3. From the time of the assault, I have diligently sought to determine the identity and law enforcement affiliation of my assailant. This has included contacting James Smart of the MPD's Office of Professional Responsibility and MPD Captain Jeffrey Herrold, who was the Coordinator for the MPD Civil Dirturbance Units that are deployed during protests. I also posted the photo of my assailant along with requests that people contact me with information as widely as I could on the Internet and through e-mail lists.

4. I am unable to present facts essential to my opposition to the defendants' motion for summary judgment because I have not been allowed, to date, discovery into further details of the knowledge and wilful concealment by the Federal Government of the

identity of my assailant and the fact that they knew he was their agent, working for the JTTF and assigned to the protests, at the time of the assault.

5. I certify under the penalty of perjury that the foregoing is true and correct. Executed on February 20, 2007.

_____
Robert Fish