```
 1                UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3   -------------------------------x

 4   ALLIANCE FOR GLOBAL JUSTICE, :

 5   et al.,                         :

 6            Plaintiffs,            : Civil Action Number

 7   vs.                             : 01 CV 00811

 8   THE DISTRICT OF COLUMBIA,       :

 9   et al.,                         :

10            Defendants.            :

11   -------------------------------x

12

13                 DEPOSITION OF JEFFREY HEROLD

14

15                           Washington, D.C.

16                           Thursday, July 21, 2005

17

18

19

20   REPORTED BY:

21      VICTORIA L. WILSON

22
```

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700    800-336-6646    410-684-2550

1   address.

2   A   That's right.

3   Q   Let me just pick up a continuation of where
4   we were with yesterday's deposition, which is -- I
5   just want to hand you what's been marked as
6   Deposition Exhibit 21. I will represent to you that
7   in yesterday's deposition we saw a video where you
8   are in physical proximity to this individual inside
9   the convergence center. If you don't mind taking a
10  look at that exhibit, I would like to know, do you
11  recognize that individual?

12  A   I have seen his face before but I don't
13  know his identity.

14  Q   Where have you seen his face before?

15  A   The first time I saw his face was on a web
16  page, INDY media web page. It was a photograph by a
17  gentleman I believe was identified as Rob Fish.
18  Other than that, I don't know who the gentleman is,
19  although I have seen him before.

20  Q   In what circumstances did you observe him?

21  A   He was in a vehicle near a demonstration at
22  the Israeli Embassy about a year-and-a-half ago.

1  Q  I'm sorry. Are you referring to Mr. Fish?

2  A  No, I'm referring to him, this gentleman
3  here.

4  Q  Okay.

5  A  That was the first time I ever recall
6  seeing him. And the only reason I recall seeing him
7  then is from the photograph I saw in the INDY media
8  web page.

9  Q  Can you describe the photograph that you
10 saw on the INDY media web page?

11 A  The photograph was taken from a low angle
12 up at this person who I'm looking at on Exhibit 21.

13 Q  Let me just hand to you what's been marked
14 as Exhibit 19. Is this the -- a portion or the photo
15 that you are referring to having first seen?

16 A  It appears to be a cropped version of the
17 original photograph.

18 Q  That's what I understand it to be, having
19 done the cropping. That's why I was asking whether
20 it appears to be that. Fine. And when you first saw
21 this photo, just to be clear, this is -- and
22 referring to 19, this is the photo of an individual

1   that is represented to have assaulted or struck

2   Mr. Fish; is that your understanding?

3       A   That was my understanding from what was

4   written on the INDY media web page.

5       Q   And it is your understanding that the

6   individuals in Exhibit 19 and 21 are the same

7   individuals?

8       A   Yes.

9       Q   Do you know, based on the context in which

10  you observed this individual at the Israeli Embassy,

11  do you have any belief as to what law enforcement

12  agency he is affiliated with?

13          MR. KOGER:   Foundation.  You may answer.

14          THE WITNESS:   I don't know.

15          BY MR. MESSINEO:

16      Q   When you observed him at the Israeli

17  Embassy, did you observe him in a context that led

18  you to believe that he was associated with law

19  enforcement?

20      A   Yes.

21      Q   And that is as distinguished from having

22  observed him at the embassy as a protester, for

1  example?

2      A   Yes.

3      Q   Some of the questions are obvious but for
4  the record need to be asked.  All right.  We will
5  move on from this.  You have been deposed before by
6  myself and others in connection with these cases and
7  it's been my practice in the course of these 30(b)(6)
8  depositions to try and dispense with preliminaries.
9  I do want to make sure that you know that if at any
10 point during the course of the deposition, for any
11 reason, whether it is professional, personal or
12 otherwise, you have the need to take a break, just
13 simply request it and we will take a break.  The only
14 possible delay would be if there is a pending
15 question or brief line of questions that needs to be
16 completed.  Of course, if the situation were to be
17 some type of law enforcement emergency, just let us
18 know that, as well, also.

19     A   I certainly will.  Thank you.

20     Q   The focus of my inquiry, certainly for the
21 initial part of our discussion, is going to pertain
22 to policies, practices and events that relate to the