19424
AGB/loj

1

1    PARTNERSHIP FOR CIVIL JUSTICE

2

3

4    - - - - - - - - - - - - - - - - x

5    ALLIANCE FOR GLOBAL JUSTICE et al., : Case No.

6              v.                    : 01-0811 (PLF)

7    DISTRICT OF COLUMBIA, et al.        :

8    - - - - - - - - - - - - - - - - x

9

10

11        DEPOSITION OF JAMES W. RICE, II

12

13

14              Washington, DC

15              Wednesday, August 3, 2005

16

17

18   REPORTED BY:

19        ANNE G. BLOOM

20

21

22

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700        800-336-6646        410-684-2550

19424T1-6
AGB/agb

28

1    turn to the next one single page, can you tell me do

2    you recognize this document?

3         A      This is a U.S. Marshal's Service document

4    which is used when individuals are deputized as a

5    special deputy U.S. marshal.

6         Q      And would you agree that, just for the

7    purpose of identification, across the top of this

8    document it says U.S. Department of Justice, United

9    States Marshal's Service, Oath of Office and

10   Credential - Special Deputation?

11        A      Yes, sir, that's what it says.

12        Q      And over on the right there's a box and

13   inside that box it says expiration date of special

14   deputation and it says 07-31-01?

15        A      Yes, sir.

16        Q      What is this -- there is a point person

17   identified as an appointee in this document.  What is

18   the name of that appointee?

19        A      Oh, I see here, John Bruce Louryk.

20        Q      Do you have any knowledge, prior to having

21   seen this particular document here as Exhibit 1, of

22   this document?

19424T1-6
AGB/agb

1          A        I was shown this document yesterday by the

2     U.S. Attorney's Office, Mr. Smith.

3          Q        Prior to yesterday had you seen this

4     document?

5          A        Not that I can recall, no, sir.  These are

6     not maintained by the FBI.  They'd be maintained by

7     the U.S. Marshal's Service.

8          Q        The U.S. Marshal's Service does fall under

9     the U.S. Department of Justice, correct?

10         A        Yes, sir.

11         Q        The FBI is also a component of the U.S.

12    Department of Justice?

13         A        Yes, sir, and the Drug Enforcement

14    Administration and the Alcohol, Tobacco and Firearms,

15    yes, sir.

16         Q        What is your understanding of what this

17    document is and why it's relevant at all to the

18    lawsuit here?

19         A        Well my understanding is because all non-

20    federal members of the JTTF around the United States

21    are sworn in as special deputy U.S. Marshals as are

22    all state and local members of DEA and FBI and ATF of

19424T1-6
AGB/agb

30

1    U.S. Marshal task forces for drugs, for violent

2    crime, for anything.

3        Q    So what you're saying is that there are

4    certain law enforcement officers, sworn law

5    enforcement officers from outside of the federal

6    government that are in fact deputized by the federal

7    government for certain purposes?

8        A    Yes, sir.

9        Q    Now the FBI has produced only this one

10   form which reflects the deputation of John Bruce

11   Louryk and you've not produced, for example, special

12   deputation forms for any other individual connected

13   to the April 2000 IMF World Bank demonstrations, is

14   that accurate?

15       A    I assume so.  This is the only one I've

16   seen.

17       Q    So what is significant about this, why was

18   this one selected?  It was produced only two days

19   ago.  Do you know why it was produced?

20       A    No, sir, it was requested is my

21   understanding.  It was requested by your office.

22       Q    Specifically?

19424T1-6
AGB/agb

1          A      That's my understanding, I thought it was

2    requested by you in this lawsuit.

3          Q      Do you, as a spokesperson of the FBI here

4    today, have any knowledge or understanding of what

5    actions, if any, John Bruce Louryk engaged in in

6    connection with the IMF World Bank 2000

7    demonstrations?

8                 MR. SMITH:  Objection, foundation.  You

9    can answer.

10                THE WITNESS:  As part of my preparation

11   for this deposition, the U.S. Attorney's Office has

12   advised me that he is a party, I guess would be the

13   correct term, to this lawsuit for actions that he may

14   or may not have taken during this event.

15                BY MR. MESSINEO:

16         Q      Since there was an objection, I'm going to

17   step back and ask some foundational questions so that

18   the record is clear.

19                Who is John Bruce Louryk normally -- what

20   agency is he assigned to?

21         A      He is assigned to the Metro Transit Police

22   Department, a part of the Metropolitan Washington

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646          410-684-2550

1   conjunction with the spring IMF 2000 meetings.  He

2   said do you care if I call you back in about 30

3   seconds, I want to go to a different phone.  Again,

4   time passed, he called right back.  He again

5   identified everybody that was in the room -- besides

6   the three of us, it also included Stan Pavlak from

7   the Washington field office, Chief Division Counsel's

8   office, who was present in the room.

9           And aside from me expressing my condolence

10  because his mother died last month and we sent a card

11  from the squad -- from the field office, it strictly

12  was a conversation between the AUSA and Mr. Louryk

13  about setting up a time to meet or to call back.

14      Q    You made a reference to "the three of us"

15  being present in addition to Stan Pavlak on your end

16  of the communication.  To whom are you referring,

17  just for the record?

18      A    To the Assistant United States Attorney

19  and Headquarters Office of General Counsel.

20      Q    The FBI possesses the current address for

21  Mr. Louryk?

22      A    No, sir, not to my knowledge.

19424T1-6
AGB/agb

51

1      Q      Who sent a card to him?

2      A      It was done by the current Metro Transit

3  Police Department officer on the JTTF.  He made

4  arrangements to get it to him.

5      Q      Would it be accurate to understand that

6  the current Metro Transit representative on the JTTF

7  has access to Mr. Louryk's address or some means of

8  delivering a card to him?

9              MR. SMITH:  Objection, speculation.  You

10  can answer.

11              BY MR. MESSINEO:

12      Q      That's your understanding?

13      A      That's my understanding, yes, sir.

14      Q      And is the current Metro Transit

15  representative of the JTTF deputized?

16      A      Yes, sir.

17      Q      And is he working full-time assigned to

18  the JTTF?

19      A      Yes, sir.

20      Q      He can be asked to do things by the JTTF

21  if it's part of his responsibilities?

22              MR. SMITH:  Objection, form.  You can

1    answer.

2              THE WITNESS:  Yes, he can get assignments

3    from the JTTF.

4              BY MR. MESSINEO:

5        Q    Has there been any attempt to ask this

6    individual for the address of Mr. Louryk?

7        A    Not by me, no, sir.

8        Q    Okay.  Have there been any efforts, to

9    your knowledge, to ascertain the current contact

10   information for Mr. Louryk?

11       A    Not by myself, no, sir.

12       Q    By anyone, to your knowledge?

13       A    Other than the Assistant United States

14   Attorney, no, sir, not to my knowledge.

15       Q    And the initial phone call to him was

16   dialed from where -- it was initiated from where you

17   were located with the other individuals you've

18   identified?

19       A    Yes, I believe it was the Assistant United

20   States Attorney's office we were actually calling

21   from, not the conference room, the office.

22       Q    What is Mr. Louryk's phone number that he

1    What efforts have you done to make -- you have the

2    capability, do you not, to be in touch with, to be in

3    communication with Detective Bruce Louryk, is that

4    correct?

5         A    I don't know.  I could go through

6    Metropolitan Transit Police department to see if they

7    do.  I don't have the ability to contact him.

8         Q    So you don't have his telephone number

9    committed to memory, correct?

10        A    No.

11        Q    You don't know what his telephone number

12    is, correct?

13        A    Correct.

14        Q    But you have easy access to resources

15    which would disclose to you what his telephone number

16    is, is that also correct?

17             MR. SMITH:  Objection, foundation, form.

18    You can answer.

19             THE WITNESS:  Yes.

20             BY MR. MESSINEO:

21        Q    And you have not gone through the steps to

22    easily access and determine what his telephone number

19424T1-6
AGB/agb

71

1   is?

2        A       No, I have not tried to contact Detective

3   Louryk.

4        Q       And you -- it's conceded that Detective

5   Louryk, during the dates in question, specifically

6   April 17th, 2000, was working full-time with the

7   WJTTF, is that accurate?

8             MR. SMITH:  Objection to the extent it

9   calls for a legal conclusion. You can answer.

10            THE WITNESS:  Yes, sir.

11            BY MR. MESSINEO:

12       Q       And he was getting his work assignments,

13   in fact, from you directly?

14       A       From the JTTF, no, sir.

15       Q       For April 17th, 2000, was he not --

16       A       April 17th -- April 15th to 17th, yes,

17   sir.

18       Q       For that period of time he was getting his

19   directions -- directives from you, correct, sir?

20       A       Correct.

21       Q       And that's because you were the, what is

22   that, supervisor in charge, is that what you're

19424T1-6
AGB/agb

72

1    called?

2         A     Yes, sir.

3         Q     If I asked to go get his telephone number

4    to call him and to have ascertained what this

5    individual who was taking his employment direction

6    from you was doing back on April 17th, 2000, would

7    you go and do it?

8              MR. SMITH:  Objection, mischaracterizes

9    prior testimony as to the employment relation, calls

10   for a legal conclusion, foundation, and again, this

11   gets back to what discovery obligations the FBI

12   ultimately has and that's something that would be

13   addressed through counsel and not through a 30(b)(6)

14   witness or through Special Agent Rice as a fact

15   witness.  That's something we can discuss between

16   attorneys.  I don't think that Special Agent Rice in

17   the position, at the behest of opposing counsel, to

18   contact a third party and provide information.  But

19   that's the objection.

20             BY MR. MESSINEO:

21        Q     So to leave the factual foundational

22   questions quite clear on the record, you have the

ACE-FEDERAL REPORTERS, INC.

Nationwide Coverage

202-347-3700          800-336-6646          410-684-2550

19424T1-6
AGB/agb

1    capability to access resources that are easily

2    accessible to you to determine the contact

3    information for Detective Louryk, correct?

4        A    Yes, sir.

5        Q    You have not done so to date?

6        A    No, sir.

7        Q    That's because you believe that is outside

8    of your responsibilities in responding to whatever

9    discovery obligations you have?

10        A    Yes, sir.

11            MR. MESSINEO:  Allow me to register my

12    objection to the deficiency of this witness.  For the

13    record the failure of the FBI to take all measures

14    that are reasonable and practical within its ability

15    to access information to produce comprehensive

16    deponent -- or deponent comprehensive knowledge that

17    is comprehensive to the FBI's collective knowledge as

18    to item number 18 on the notice of deposition.

19            BY MR. MESSINEO:

20        Q    Did Detective Louryk use force against

21    Robert Fish?

22        A    I have no idea.