1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
ALLIANCE FOR GLOBAL JUSTICE,  :
et al.,                       :
                              :
         Plaintiffs,          :
                              :
    vs.                       :  Civil No. 01-0811
                              :     (PLF/JMF)
DISTRICT OF COLUMBIA, et al., :
                              :
         Defendants.          :
                              :
- - - - - - - - - - - - - - - x

                        Washington, D.C.
                        Tuesday, November 29, 2005

    The deposition of ROBERT FISH, called for examination by counsel for Defendants in the above-entitled matter, pursuant to Notice, in the Office of the Attorney General, 441 4th Street, N.W., Washington, D.C., convened at 10:12 a.m., before Sarah Harple, a notary public in and for the District of Columbia, when were present on behalf of the parties:

1          BY MS. PARRIS:

2     Q    Just take a look at that.

3     A    He had like a double chin, as I said, he
4  was overweight.

5     Q    So you had an opportunity to look at the
6  photograph. Is that the photograph of the
7  individual that you believe hit you with, as you've
8  now described it as the baton?

9     A    Yes, this is the individual that hit me
10 with the baton. This photograph was taken moments
11 before he hit me, I believe, for the first time as
12 he was coming--my theory is that he was coming after
13 me because I took the photo.

14    Q    Okay. And so was that the photo that you
15 took with the disposable camera?

16    A    Yes.

17    Q    Okay. And now you said there was another
18 gentleman who came over and I think you described it
19 as a coat or raincoat?

20    A    There was another gentleman that came over
21 that was dressed like a Metro police. He was--he
22 had a mustache, white male, thinner, was wearing a

1  blue--a long raincoat and I think it had the
2  fluorescent orange on the inside or parts of it,
3  wearing a hat.  I was calling out for help.  I'm
4  laying on the ground calling out for help calling
5  for police and this gentleman came over and rather
6  than getting this guy off of me just says with kind
7  of--he said it in such a weird way that the only way
8  I can describe it as offensive and I don't care:
9  "It's okay, he's a police officer."
10    Q    Now, can you describe the physical
11 characteristics of that individual?
12    A    This individual was--I believe he was
13 taller.  He had some kind--he had a mustache.  He,
14 as far as I know, was wearing--I described the
15 blueish raincoat or long trench raincoat kind of
16 thing.  He was a lot thinner.  His age, I would say,
17 would be, I'd say 30s, maybe 40s.  He seemed younger.
18 Also like wearing the boots.  He was someone that I
19 could easily identify as being--he was more like the
20 folks that I saw in Dupont Circle, but he was
21 wearing a raincoat.
22    Q    Was he a white male, black male, Hispanic?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C. 20003
(202) 546-6666

1   A   White male.
2   Q   And you also said you described what you
3   believed to be a Metro police.  How did you learn
4   that to be a Metro--or why did you believe that to
5   be a Metro police--
6   A   Where did I say "metro"--
7   Q   You just said Metro police.
8   A   Oh, metro police department, not Metro as
9   in transit.
10  Q   Okay.  That's what I wanted to clarify.
11  Okay.
12  A   Yes.
13  Q   So when you say "metro police" you mean
14  Metropolitan Police Department?
15  A   Yes.
16  Q   Okay.  Did you ever see any badge or
17  insignia that would demonstrate his rank of this
18  officer who in this raincoat?
19  A   He was wearing a raincoat, so no.
20  Q   So there was no badge?
21  A   No.
22  Q   Did he have a hat on or a cap?

1    A    I was getting the crap beaten out of me. I
2  wasn't paying attention to the hat. I was calling
3  out for this individual to help me and instead he
4  facilitated and allowed this to happen, allowed this
5  other guy to beat me, then he insisted the other
6  guy--then carrying me and basically dumping me what
7  ended up being several feet from the chief of
8  police.
9    Q    Okay. So when this man in the raincoat was
10 near you, were you still being hit by this other
11 individual in this shirt?
12   A    Yes.
13   Q    How many times were you hit by this
14 individual with the shirt?
15   A    As I said that, I lost consciousness
16 momentarily. I more remember I had blood dripping
17 down my face, all over my shirt. My glasses had
18 been torn off of me. I was trying to--trying to
19 reach for my glasses. They just like kicked the
20 glasses out of the way. I'd say the best estimate I
21 could do is less than a dozen.
22   Q    Okay.

1    A    But way more than three.

2    Q    Okay. And do you remember approximately
3  what time this incident happened if you have an
4  approximation?

5    A    An approximation, sometime between 8 and
6  8:30, probably as late as 8:45. I didn't have a
7  watch.

8    Q    So was the individual in the raincoat the
9  only one who assisted you to--out of that area to
10 another area?

11   A    The people who picked me up was the guy who
12 had beat me and the guy in the raincoat who
13 facilitated it happening and didn't help, didn't
14 assist me, didn't pull this guy off of me, didn't do
15 anything, allowed it happening.

16        It was ridiculous. Like I'm sitting here,
17 I'm calling out to this guy, calling for him to help
18 me, thinking that this like an angry motorist that's
19 beating the crap out of me and instead of helping me
20 and getting the guy off of me, he tells me it's
21 okay, he's a cop, while I get hit at least one more
22 time after that guy was present, and then with this

1  guy stood up and dragged, just like literally thrown
2  into, like bleeding in a puddle.
3       I'm calling out for medical attention and
4  they're just ignoring it, giving a smirk and they
5  just throw me against this wall and I'm just laying
6  there until I'm treated by other medics from the
7  protest and I realized afterwards the chief of
8  police is like several feet away.  Gainer was also
9  several feet away.
10      Q    How did you know the chief of police was
11 there?
12      A    The face, throughout the week, like I found
13 out afterwards from watching the video that the
14 chief of police was there.  I know his face from
15 tons of different media outlets that he had spoken
16 to during the week and had been on TV and had been
17 in the paper and it was...
18      Q    So you learned that the chief of police was
19 there after the incident, not while the--during the
20 accident was there--occurring?
21      A    When I learned of it?
22      Q    Yes.

1   A   I learned afterwards, yes, that the chief
2   of police was there while the incident was
3   occurring.
4   Q   And how far away was the chief of police?
5   A   The chief of police was, I'd say, at the
6   edge of that corner while I was--I'm not going to
7   try to estimate.  It was some distance but it was
8   within sight.
9   Q   20 to 50 feet?
10  A   I'm trying to imagine what 20 to 50 feet
11  looks like.  It's one of those things that would be
12  easier if I had a map to draw it on.  20 to 50 feet
13  sounds about right as far as the distance.  The
14  chief was just at the edge of that intersection on
15  my side of my street.
16  Q   Did he say anything to you?
17  A   No.  I was in a daze at this point and
18  don't know what I was saying.  I was too busy
19  finding out what was wrong with me.  My glasses had
20  been torn off my face.  I had blood dripping down
21  into my ear, into my nose and all over my clothes.
22  I was in shock.

1  Q   So did you actually see the chief of police
2  look at you.
3  A   I did not. I didn't have glasses and I
4  could not see at that point.
5  Q   So you're not sure whether or not he
6  actually saw you?
7  A   I cannot be 100 percent sure he actually
8  saw me based on what I was--based on that day.
9  Based on what I see in the video, I don't feel that
10 there's any way that the chief of police could not
11 have seen what had happened or at least seen my
12 condition after it happened.
13 Q   That was based on what you believe in the
14 video, but you don't know for a fact whether or not
15 he saw you.
16 A   I'm not the chief of police.
17 Q   Right, that's what I'm asking. So you
18 don't know for a fact whether or not he saw you?
19 A   Given that I'm not the chief of police, I
20 can't know what the chief of police saw or did not
21 see. I know the chief of police appears on the
22 video very close to where I ended up, bleeding.

1    A    At that time, no, I was not.

2    Q    Okay.

3    A    The only thing I knew at that time was that
4 this other person that was supposed to help me was
5 Metropolitan Police Department.

6    Q    Okay.

7                    (Fish Exhibit No. 3 was
8                    marked for identification.)

9    BY MS. PARRIS:

10    Q    I'm going to place something in front of
11 you that's marked as Exhibit No. 3 and it's three
12 pages. Are you all set?

13    A    Yep.

14    Q    Do you recognize that?

15    A    Yes.

16    Q    What is that?

17    A    Very--I think this is the repost of the
18 original one that I posted that where I described
19 what happened to me that day, the photo--the photo
20 that this exhibit was attached to this, calling for
21 anyone to respond with any information.

22    Q    You said this was a repost, what do you

1  mean by "repost".
2      A    I believe it was initially posted on the
3  same day or it might have been the photo was
4  initially posted in my account, was initially posted
5  on the--actually on the 17th, not on--this says
6  Tuesday, April 18th.
7      Q    Okay. You said "in your account." What
8  account is that?
9      A    Just in my memory I remember writing
10 this--I'm trying to remember what happened. I think
11 I might have written this up as a description
12 on--right after this--right after this event
13 happened and then it was initial--it was posted with
14 the photo--that's right. The photo--I didn't
15 actually initially post the photo. Indymedia posted
16 the photo. They had saw the photo even before me
17 and they had the cameras. And that they asked me to
18 write up a description and that this was posted with
19 it.
20     Q    How did Indymedia get the photo?
21     A    The camera that survived. The officer
22 trying to smash it, they developed the film and

127

1  scanned the photo in.
2      Q    But how did--so does that mean that--strike
3  that. How did they get possession of the camera?
4      A    As far as what happened with the camera is
5  I ended up after it slipped out from under the guy's
6  boot and he was trying to smash it, I was able to
7  hit it and it ended up in the crowd and someone from
8  Syracuse gave the camera back to me. This is right
9  while I was waiting for the cab and I just
10 immediately passed it on--passed it on to legal, on
11 to media, but somehow it ended up with Indymedia.
12     Q    So you said you immediately passed it on,
13 so the person who you saw, did they have
14 identification on as legal observer or Indymedia,
15 how did you know that this person was either a legal
16 observer--
17     A    They had one or the other identification
18 on. I think it was someone I recognized as being
19 with--it was someone that was dependable for
20 where--where I should be handing this camera. I
21 didn't want to have any camera on me or anything. I
22 just wanted to be done with it and get that out of

1  there because I didn't know what was doing to
2  happen.  I had just been--I don't need to put this
3  in context.
4     Q   Okay.  Well, actually, I would like you to
5  put it in context.  You said you had just been--can
6  you finish your statement on what you were planning
7  on saying?
8     A   I had just been beaten by what ended up
9  being a police officer and thrown in a pile in a
10 bloody mess and I had a photo of the guy who did it.
11 I didn't know if my safety was still at risk.
12    Q   While you in the cab by yourself?
13    A   While I was going to the hospital, I didn't
14 know what was going to happen.  I was also--at the
15 moment, I was in a total daze and I couldn't think
16 straight.  I didn't know what I wanted--I just know
17 I needed to get this photo out there and that people
18 in the world needed to know that this was happening.
19    Q   And so you were able to discern that this
20 person that you gave the camera to was an
21 appropriate person to give this camera to?
22    A   Either I could discern that or the medics

129

1  that were with me at that time discerned it.
2      Q    So you don't recall whether you made that
3  decision or someone else made that decision.
4      A    I don't recall.  I just know that the film
5  got to the Indymedia people.
6      Q    Okay.  And do you remember approximately
7  what time you wrote this article?
8      A    Later that--I believe it was--later that
9  day.  This was when I initially wrote this account.
10     Q    And you said "later," was that after you
11 were discharged from George Washington?
12     A    Yes, after I was discharged from George
13 Washington.
14     Q    And did you write it on your personal
15 computer or did you go to Indymedia to write it?
16     A    I went to a nonprofit where I used to work
17 afterwards to recover and to be in a safe space and
18 that's when I first actually saw the photo that was
19 posted and I think it was at that point that it was
20 a computer in that office.
21     Q    So the nonprofit was here in the District
22 of Columbia?

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003
(202) 546-6666