UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIFTY YEARS IS ENOUGH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1: 01CV00811 (PLF) |

**PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, TO DIRECTORS OF THE FEDERAL BUREAU OF INVESTIGATION AND FEDERAL EMERGENCY MANAGEMENT AGENCY, AND ADMINISTRATOR OF THE DRUG ENFORCEMENT ADMINISTRATION,**

To:   Defendant Director, Federal Bureau of Investigation (FBI)

   Defendant Director, Federal Emergency Management Agency (FEMA)

   Defendant Administrator, Drug Enforcement Administration (DEA)

   Each of you is requested to produce within thirty days the documents identified below.

**DEFINITIONS**

The following definitions apply to the Document Requests below.

1. The term "you" means yourself, individually; the agency (FBI, FEMA, or DEA, respectively) of which you are the Director or Adminstrator; any successor, predecessor, present or former division, field office, or other unit of the agency; any and all agency officers, officials, agents, deputies, representatives, employees, servants, consultants, contractors, subcontractors, investigators, or attorneys or their agents; and

any and all other persons or entities acting or purporting to act on behalf or under the auspices of the agency.

2. The term "document" means any written or graphic matter, tangible item, audio or video recording, or computer or electronic data recorded on any storage medium, including but not limited to any: book, paper, e-mail, data base, voice mail, photograph, video or audio recording, other electronic recording, microfilm, correspondence, letter, facsimile, telegram, ledger, log, journal, diary, calendar, minute, note, memorandum, report, interoffice communication, desk pad, invoice, drawing, sketch, analysis, electromagnetic record, or any other record or copy or portion thereof.

3. The terms "relating," "regarding," "respecting," and "concerning" are each to be accorded their broadest reasonable meaning, including "evidencing in any way (legally, logically, or factually) a connection with the matter at issue.

4. The term "communication" means any and all inquiry, discussion, conference, conversation, negotiation, meeting, agreement, interview, expression, speech, or non-verbal message or signal, transmitted by any means; and any and all document preparation, transmission, receipt, cognition, or review (as "document" is defined above).

## DOCUMENT REQUESTS

1. All documents constituting, reflecting, or relating to communication between you and the D.C. Metropolitan Police Department (MPD) or any federal agency, official, agent, or employee concerning (a) the government's response to the April 2000 International Monetary Fund/World Bank (IMF/WB) conference; (b) the anticipated or

actual demonstrations, or related activities, during the conference; or (c) the government's response to any of the anticipated or actual demonstrations or related activities.

2. All documents reflecting or relating to assignment, request, or detail by you of any person to by any means provide security, provide advice or assistance (to the MPD or any other person or entity), conduct surveillance, obtain information, provide information (to you or any other person or entity), or perform any law enforcement or security function concerning (a) the government's response to the April 2000 International Monetary Fund/World Bank (IMF/WB) conference; (b) the anticipated or actual demonstrations, or related activities, during the conference; or (c) the government's response to any of the anticipated or actual demonstrations or related activities.

3. All documents prepared, possessed, or controlled by you constituting, reflecting, or relating to any security plan, survey report, operational plan, briefing, after-action report, summary, analysis, other recorded information, or any communication concerning (a) the government's response to the April 2000 International Monetary Fund/World Bank (IMF/WB) conference; (b) the anticipated or actual demonstrations, or related activities, during the conference; or (c) the government's response to any of the anticipated or actual demonstrations or related activities.

4. All documents prepared, possessed, or controlled by you constituting, reflecting, or relating to preparation for, communication at, or action or communication stemming from, any Executive Intelligence Group meeting that you attended or had intended to attend--or any meeting with any federal agency, or federal or MPD official, agent, or employee that you attended or had intended to attend--concerning (a) the

government's response to the April 2000 International Monetary Fund/World Bank (IMF/WB) conference; (b) the anticipated or actual demonstrations, or related activities, during the conference; or (c) the government's response to any of the anticipated or actual demonstrations or related activities.

5. All documents relating to the "FBI Command Post" or "IMF/WB detail" referenced in the Federal Defendants' Memorandum of Points and Authorities In Support of Federal Defendants' Motion to Dismiss Certain Claims, Motion to Dismiss Certain Federal Agencies and Motion for a More Definite Statement as to the Remaining Federal Agencies.

6. All documents constituting, reflecting, or relating to the assignment by you of any person to the IMF/WB detail or the FBI Command Post, or assignment by you of any person to be a liason to, or present at, the FBI Command Post or the "U.S. Secret Service Command Center" referenced in the Federal Defendants' Memorandum of Points and Authorities In Support of Federal Defendants' Motion to Dismiss Certain Claims, Motion to Dismiss Certain Federal Agencies and Motion for a More Definite Statement as to the Remaining Federal Agencies--including any pre-assignment briefing, post-assignment debriefing or other related communication of, by, to or from any person so assigned.

7. All documents constituting, reflecting, or relating to the assignment by you of any person to be a liason to, or present at, the "U.S. Secret Service Command Center" referenced in the Federal Defendants' Memorandum of Points and Authorities In Support of Federal Defendants' Motion to Dismiss Certain Claims, Motion to Dismiss Certain Federal Agencies and Motion for a More Definite Statement as to the Remaining Federal

Agencies--including any pre-assignment briefing, post-assignment debriefing or other related communication of, by, to or from any person so assigned.

8. All documents constituting, reflecting, or relating to your knowledge, at any point in time, of the federal or D.C. government's intended or actual response to, or other action relating to (a) the April 2000 International Monetary Fund/World Bank (IMF/WB) conference; or (b) the anticipated or actual demonstrations, or related activities, during the conference.

Respectfully submitted,

_____
Mara Verheyden-Hilliard, D.C. Bar No. 450031
Carl Messineo, D.C. Bar No. 450033
Partnership for Civil Justice, Inc.
1901 Pennsylvania Ave., NW, Suite 607
Washington, D.C. 20006
202/530-5630

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser
American Civil Liberties Union of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C. 20036
202/457-0800

Zachary Jay Wolfe, Member of the Virginia Bar
National Vice President, National Lawyers Guild
on Behalf of the Mass Defense Committee
Partnership for Civil Justice, Inc.
1901 Pennsylvania Ave., NW, Suite 607
Washington, D.C. 20006

202/530-5630

Jonathan Moore, Member of the New York Bar
National Police Accountability Project, Inc.
A Project of the National Lawyers Guild
666 Broadway, 7th Floor
New York, NY 10012
212/614-6432

James R. Klimaski, D.C. Bar No. 243543
Klimaski & Grill
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005
202/296-5600

Daniel M. Schember, D.C. Bar No. 237180
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009
202/328-2244

Counsel for Plaintiffs

## Certificate of Service

I certify that a copy of the foregoing was served this 19th day of January, 2002, via first class mail upon:

Edith Shine
Assistant United States Attorney
555 4th St. N.W.
Washington, DC 20001
(with advance copy by facsimile)

Robert C. Utiger
Deputy Corporation Counsel
Equity Division
Office of the Corporation Counsel
441 4th Street, NW
Room 6S045
Washington, D.C. 20001

_____
Carl Messineo