UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE FOR GLOBAL JUSTICE, *et al.*,) ) Plaintiffs, ) ) v. ) ) ) DISTRICT OF COLUMBIA, *et al.*, ) ) Defendants. ) ) | Case No. 1: 01CV00811 (PLF) (JMF) |

**PLAINTIFFS INTERROGATORIES TO EACH DEFENDANT PURSUANT TO THE COURT'S DECEMBER 31, 2003 ORDER**

To:    Each Defendant, by and through Counsel at:

Office of Corporation Counsel
441 Fourth Street NW, 6th Fl South
Washington, DC 20001

Office of the U.S. Attorney
555 4th St. NW
Washington, DC 20530

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Scheduling Order in this Case, and the Court's December 31, 2003 Order, plaintiffs, by and through undersigned counsel, respectfully request that each defendant answer each of the following interrogatories under oath within 30 days.

**DEFINITIONS AND INSTRUCTIONS**

The following definitions apply to the discovery requests below.

1. The term "District of Columbia" means the District of Columbia, any successor,

predecessor, present or former division, and any and all of its officers, officials, agents, agencies, representatives, employees, servants, consultants, contractors, subcontractors, investigators, attorneys or their agents, or any and all other persons or entities acting or purporting to act on behalf of the District of Columbia, including but not limited to the Metropolitan Police Department and any non-Metropolitan Police Department (MPD) law enforcement agents acting as deputies or under the auspices of the D.C. MPD, the District of Columbia Fire Department, and the Office of the Mayor.

2. The term "person" includes any natural person, all federal, state, county, municipal and other governmental units, agencies or public bodies, as well as any firm, company, corporation, partnership, proprietorship, joint venture, organization, groups of natural persons or other persons or entities separately identifiable whether or not such associations or entities have a separate legal existence in their own right.

3. The term "federal government" or "U.S. government" or "the United States" or any similar reference means the United States of America, the federal government of the U.S.A., all current and former agencies of the U.S.A. (as well as any division or sub-division of any agency of the U.S.A.), and all of the United State's officers, agents, employees and representatives, and persons purporting to act on behalf of the United States.

4. The terms "you" and "your" mean for each defendant answering these interrogatories, that defendant as an individual, entity or agency, and any successor, predecessor, present or former division, and any and all of your officers, officials, agents, agencies, representatives, employees, servants, consultants, contractors, subcontractors, investigators, attorneys or agents, or any and all other persons or entities acting or purporting to act on your behalf

5. The term "document" means any written or graphic matter, tangible item, audio or video recording, or computer or electronic data recorded on any storage medium, including but not limited to any: book, paper, transcript, e-mail, data base, voice mail, photograph, video or audio recording, other electronic or digital recording, microfilm, correspondence, letter, facsimile, telegram, ledger, log, journal, diary, calendar, minute, note, memorandum, report, interoffice communication, desk pad, cancelled check, balance sheet, invoice, drawing, sketch, analysis, electromagnetic record, or any other record or copy or portion thereof.

6. The terms "relating," "regarding," "respecting," and "concerning" are each to be accorded their broadest reasonable meaning, including "evidencing in any way (legally, logically, or factually) a connection with the matter at issue.

7. The term "communication" means any and all inquiry, discussion, conference, conversation, negotiation, meeting, agreement, interview, expression, speech, or non-verbal message or signal, transmitted by any means; and any and all document preparation, transmission, receipt, cognition, or review (as "document" is defined above).

8. The term "April 2000 demonstration" or "April 2000 protest" or "IMF/WB protests" or "IMF/WB demonstration" or any similar reference encompasses all demonstrations that occurred between April 9, 2000 and April 20, 2000 that were related in any way to the meetings of the International Monetary Fund and/or the International Bank for Reconstruction and Development (a.k.a. "World Bank"), including all arrests and law enforcement actions, including advance planning, related to such demonstrations.

9. The term "protest" or "demonstration" or any similar nomenclature means assembly of persons engaging in First Amendment Activity as well as *all attendant activities including those*

*that you may contend are unlawful in nature or not protected by the First Amendment, but that occur in conjunction with assemblage to express a political view.*

10. The words "and" and/or "or" shall be interpreted either conjunctively or disjunctively, as necessary to maximize inclusion of information otherwise within the scope of the interrogatory.

11. The term "any" shall be interpreted to include the word "all" and vice versa.

12. The use of the singular includes the plural and vice versa.

13. The use of the masculine includes the use of the feminine and vice versa.

14. The use of any tense of verb shall be considered to include also within its meaning all of the tenses of the verb.

15. All ranges of date are inclusive.

16. Should any portion of a request be objected to, you must produce the non-objectionable portion of the responsive materials. E.g., if you object to a request as overbroad in terms of duration or applicable time period and are refusing to produce materials on that basis, you must still produce responsive materials for the period of time to which you are not objecting on that basis.

17. If any response to a discovery request cannot be provided in full, respond to the greatest extent possible and please state the reason for your inability to answer the remainder.

18. If any information or matter responsive to any of the discovery requests is withheld or objected to, identify the information, document, communication or item withheld or redacted, state the reason for the withholding, identify each person who has/had access to such information, and provide a complete statement of facts that constitute the basis for any claim of

privilege, work product or other grounds for non-disclosure.

19. These discovery requests are continuing in nature and the responses should be immediately supplemented or amended if additional or different information becomes available to you prior to the trial in this case.

20. The terms "identify," "identification" and "describe" when used in reference to *an individual person* means to state the person's:

    a.    Full name;

    b.    Present or last known business address and telephone number;

    c.    Present or last known home address and telephone number;

    d.    Social security number;

    e.    Present and last known title, occupation, employer; and

    f.    Relationship, if any, to you (including job titles and dates of service, if the person is a current or former employee or volunteer or contractor of yours).

    g.    Detailed physical description of the individual, if other identity information is not known.

21. The terms "identify," "identification" and "describe" when used in reference to *an entity other than an individual person* means to state that entity's:

    a.    Name;

    b.    Present or last known address and telephone number; and

    c.    Relationship, if any, to you.

22. The terms "identify," "identification" and "describe" when referring to *a document* means to state:

    a.    The type of document (i.e., letter, memorandum, e-mail, video recording, or type of tangible object);

    b.    The title or caption of the document, if any;

    c.    The date of preparation of the document;

    d.    The identification of the author(s) or creator(s);

    e.    A brief description of the contents, with sufficient specificity to enable plaintiff or the Court to understand the substance of the document;

    f.    A statement of the document's present location; and

    g.    The identification of it's custodian.

23. The terms "identify," "identification" or "describe" when referring to *any circumstance, act, incident, occurrence, occasion, event, meeting, communication, discussion, transaction or any form of conduct,* means to state:

    a.    The event or events constituting such act or event;

    b.    The location;

    c.    The date;

    d.    Identification of the persons present, participating or involved;

    e.    The nature and scope of persons' involvement;

    e.    Where referring to a communication, the substance of any communication, including what was said and by whom.

24. These discovery requests are continuing in nature and the responses should be immediately supplemented or amended if additional or different information becomes available to you prior to the trial in this case.

## INTERROGATORIES

1. For each interrogatory, please identify all persons who participated or were consulted regarding the formation of the response.

2. For each interrogatory, please identify all persons with knowledge related to the response.

3. Please identify all agencies or entities (including law enforcement from other jurisdictions, or private security services, who were deputized or otherwise granted authority) who possessed or were granted law enforcement authority to be exercised in relation to April 2000 protests.

4. Please identify all law enforcement personnel or other personnel of yours who were assigned to work on matters related to the April 2000 IMF/World Bank demonstrations and describe their responsibilities.

    Your answer should include, but not be limited to, a description of the person's responsibilities and for those that were deployed during the actual days of demonstrations (as opposed to those who had intelligence or planning responsibilities in advance), please also identify the geographical location (i.e. street or park locations) of that person's work or deployment.

5. Please identify and describe each and every incident in which force was used against individuals involved in the April 2000 protests, during April 2000.

    Your answer should include, but not be limited to, the identification of the time, location and nature of the force used, as well as identification of the officer or other personnel who was engaged in the use of force, and the persons(s) against whom such force was used. Your answer should include all use of force incidents regardless of

whether they were formally reported or investigated, and regardless of whether you believe the use of force was justified or necessary.

6. For each use of force incident identified in response to interrogatory No 5, please identify to whom such use of force was reported, the mechanism for the reporting (whether verbal or in writing or both), all subsequent actions taken, including investigation and outcomes.

Your answer should include all use of force incidents regardless of whether they were formally reported or investigated, and regardless of whether you believe the use of force was justified or necessary.

7. Please identify all arrests made related to the demonstrations of April 2000.

Your answer should include, but not be limited to, the identity of the person arrested, the identity of the person making the arrest, the identity of the officer in charge at the scene of any arrest, a description of the circumstances and probable cause for the arrest, the date, time and location of the arrest, and the disposition of the arrest.

8. Please identify and describe all investigatory or <u>Terry</u> stops made related to the demonstrations of April 2000.

9. Please identify all persons (within and outside your agency) who participated in the planning of, deliberation regarding, decision-making process, or any other actions related to the closure/raid/inspection of the Convergence Center (including, but not limited to, the failure or refusal to reopen the Center and the failure or refusal to release the materials seized therein), and provide a brief description of their role and the decisions or actions each made and/or took.

10. Please identify all documents, events or information which were relied upon for any

decisions related to the closure/raid/inspection of the Convergence Center (including, but not limited to, the failure or refusal to reopen the Center and the failure or refusal to release the materials seized therein).

11. For the actions with regard to the convergence center, please provide the downward chain of command starting with the highest ranking agent with responsibilities related to the inspection and/or raid and/or closure of the Convergence Center (including, but not limited to, the failure or refusal to reopen the Center and the failure or refusal to release the materials seized therein), along with a brief description of the nature and scope of each's responsibilities.

12. Please identify all persons (within and outside your agency) who participated in the planning of, deliberation regarding, decision-making process or any other actions related to the mass arrests on April 15, 2000 including the conditions of confinement of the arrestees, and provide a brief description of their role and the decisions or actions each made and/or took.

13. Please identify all documents, events or information which was relied upon for any decisions related to the April 15, 2000 mass arrests and confinement.

14. For the actions with regard to the April 15 mass arrests, please provide the downward chain of command starting with the highest ranking agent with responsibilities related to the inspection and/or raid and/or closure of the convergence center, along with a brief description of the nature and scope of each's responsibilities.

15. Please identify all persons (within and outside your agency) who participated in either the planning of, deliberation regarding, decision-making process or any other action related to

the handling of demonstrators as the April 2000 demonstrations were occurring and provide a brief description of their role and the decisions each made.

Your answer should include, but not be limited to, the persons involved with regard to demonstrations at or near 21st and G St. NW on April 16, 2000; demonstrations at or near 18th and I St. NW on April 17, 2000; demonstrations at or near the 15th and Pennsylvania Ave. NW on April 17, 2000, demonstrations at or near 20th and Pennsylvania Ave. NW on April 17, 2000; demonstrations at or near 18th and K on April 17, 2000.

16. For the actions taken with regard to the handling of demonstrators as the demonstrations were unfolding, including at the locations described in Interrogatory 15, please provide the downward chain of command starting with the highest ranking agent with responsibilities, along with a brief description of the nature and scope of each's responsibilities.

17. Please identify all persons who made or assisted in the making of policy with respect to the law enforcement response to the April, 2000 protests, and briefly describe the scope of each individual's policy making authority.

18. Please identify all law enforcement officers or agents, who may be outside of your agency, whom you know to have had interactions with you or responsibilities connected in any way to the April, 2000 protests, along with a brief description of the nature and scope of their responsibilities.

19. Please identify all circumstances where your personnel has provided information gained during protests or related to protest activity in Washington DC to other jurisdictions or

agencies, such information including, but not limited to, activity related to the April 2000 protests or persons who participated or were anticipated to protest at the April 2000 protests.

Your answer should include, but not be limited to, identification of the information provided, to whom it was provided, by whom it was provided, and by what mechanism it was provided (i.e. verbally, in writing, through photographs or other images).

20. Please identify all circumstances where any personnel or any agent of yours who entered the "convergence center" at any time. Your answer should include, but not be limited to, identification of the personnel, the date and time of his/her entry, and the purpose and nature of his/her activities there.

21. Please identify with specificity all unlawful devices, including every component part, that you claim were in the possession of protestors either individually or collectively, and state the nature of the item found or observed, where it was found or observed, when it was found or observed, who found or observed it, where it was sent for analysis, if any, and what its disposition was, and whether any person was charged with its possession, and the disposition of such charges if any.

Your answer should include, but not be limited to, all items that you claim are illegal or are implements of a crime and should also include all Molotov cocktails (or materials for the preparation of), pepper spray (or materials for the preparation of), other harmful fluids or objects you claim were found or observed.

22. Please identify all illegal activities you claim were taken by protestors or protest

organizations, including plaintiffs, during April 2000 or in relation to the April 2000 protests.

23. Please identify all undercover or plain clothed police officers or law enforcement agents who engaged in the use of force or any violent activity in conjunction with the April 2000 demonstrations.

24. Please identify all undercover or plain clothed police officers or law enforcement agents who committed, suggested, encouraged, planned for, or participated in any unlawful act.

25. Please identify and describe all communications, meetings and/or training sessions at which any deliberations or planning or training related to the April, 2000 protests occurred.

   Your answer should include, but not be limited to, the location and date of such meeting, the entity or person hosting the meeting, its invitees, its attendees, and the matters discussed.

26. Please identify all intelligence reports received, including verbal reports, regarding plans or activities of protestors, protest organizations or groups or people anticipated to protest in connection with the April 2000 demonstrations.

27. Please identify all bulletins, reports, alerts, e-communications that you are aware of, which *in advance of the April, 2000 demonstrations* provided information or alerts regarding protestor activity or criminal or terrorist activity (insofar as such activity was connected to or related to protests, protestors or protest groups).

28. Please identify all persons, departments or agencies that collect or possess press clippings, press releases, excerpts from newscasts or other public statements related to the

April, 2000 protests.

29. Please identify the location and date of all press briefings or meetings or communications with nongovernmental organizations (including but not limited to representatives of the IMF or World Bank, the business community, other communities or entities) held with or by your representatives (including both law enforcement and/or other personnel) at which the subject of the April 2000 demonstrations were discussed.

30. Please identify with particularity the circumstances of the provision of all communications with, information and recommendations given to third parties, non-governmental entities or persons, regarding the April 2000 demonstrations.

Your response should include, but not be limited to, all communications with, information given and recommendations made to representatives of George Washington University, American University, the Board of Trade or Chamber of Commerce or other businesses or business group, and the WMATA regarding their anticipated handling of protestors or protest related activities in advance of the April 2000 protests, as well as during and after the demonstrations, and should identify the person(s) providing the information or recommendation, the person(s) to whom the information or recommendation was provided, when the information was provided, and the substance of the information or recommendation.

31. Please identify and describe all circumstances in which protestors are alleged to have dressed as or impersonated police officers or other law enforcement agents.

32. Identify each officer whose badge was obscured, not visible, or had the numbers punched out while deployed to handle the April 2000 protests, and for each officer state what

action was taken, if any, with regard to that officer's failure to properly display identification.

33. Please identify all undercover, plain clothed (i.e. non uniform) agents, or other persons acting on behalf of law enforcement, who posed as members of, acted in affiliation with, assembled in demonstrations with, or attended meetings of any of the plaintiffs or other persons or entities who participated in or were anticipated to participate in the April 2000 demonstrations.

34. Please identify for every piece of intelligence gathered that relates to protests, protest organizations or protestors, into what databases or files or other systems of information maintenance, or to what entity or person, such information has been disseminated or shared.

   Your answer should include, but not be limited to, all information gathered by undercover or plain clothed officers or informants or any other source of information and should include all information regardless of whether you claim that such information was related to potential criminal activity and therefore somehow unrelated to First Amendment activity.

35. Please identify every file, record, database, spreadsheet, electronic or digital media, or other form of information or image collection system or item in which is located any information regarding persons arrested in connection with the April 15, 2000 mass arrests. Your response is to encompass all responsive information, including in field offices as well as headquarters and joint terrorism task forces, sources within your agency as well as sources outside your agency.

36. Please identify every file, record, database, spreadsheet, electronic or digital media, or other form of information or image collection system or item in which is located any information regarding persons or entities who participated in the April 2000 demonstrations, including, but not limited to, information gathered at the "convergence center." Your response is to encompass all responsive information, including in field offices as well as headquarters and joint terrorism task forces, sources within your agency as well as sources outside your agency.

37. For each plaintiff arrested, including the proposed plaintiff class, please identify all information taken regarding that person, including any video images, photographs, notations regarding their political activities or other activities, fingerprints, address information, observations, and identify where such information is maintained and disseminated and in what format it exists.

38. Please identify all contractors providing services in connection with the April, 2000 protests, and the scope of the services provided.

39. Please identify and describe all circumstances where cameras or other recording devices were used in connection with surveillance or recording of the actions, words or images, of protestors or law enforcement in connection with the April, 2000 protests, including the type of device used, the person who used or positioned or operated the camera or other devise, the location and time the device was used, a description of the information gathered, any agreements or arrangements whereby non-public property was used to conduct surveillance or recording, and all custodian(s) of any images or information gathered and stored.

40. Please identify all law enforcement agents or personnel <u>or</u> contractors or volunteers who engaged in any form of photographic or video or electronic or other surveillance of protestors or entities in connection with the April, 2000 protests, and provide a brief description of the surveillance they undertook or were responsible for.

41. Please identify all documents or information provided to representatives with the Philadelphia police department, the Los Angeles police department, the New York police department, the Miami police department, the Chicago police department, or any other jurisdictions, nationally or internationally, regarding April 2000 protest related activities or any person or entity who took part or was anticipated to take part in such activities, including but not limited to, all plaintiffs.

42. Please identify and describe every grievance or complaint (regardless of the degree of formality with which such complaint was asserted) that you are aware of that related to the conduct of law enforcement in connection with the April, 2000 protests. Your response should include all details regarding the complaint as well as the disposition of such complaint.

43. Please identify all litigation and its disposition, including all claims against you and settlements and judgments, relating to or alleging wrongful/false arrest or excessive use of force by you or your agents.

44. Describe in detail each and every injury claimed by an officer or agent in conjunction with the April 2000 protests, and detail how it was sustained, the date time and location of the injury, the person who caused the injury, if any, arrests made, and medical assistance sought.

45. Please identify each item that was removed from the convergence center by you and the disposition of that item.

46. Please identify the circumstances of all press credentialing that was required for a person or entity to be recognized as press at any of the events surrounding the April 2000 demonstrations and IMF/World Bank meetings.

47. Please provide the factual basis for your assertions of defenses as outlined in your Answer to the Complaint in this matter.

48. Please identify all documents referenced, relied upon, or used in the formation of the responses to these interrogatories.

49. Please identify with specificity all circumstances where the securing of warrants was discussed, or sought, in relation to the April 2000 protests.

Respectfully submitted,

_____
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
NATIONAL LAWYERS GUILD
 MASS DEFENSE COMMITTEE
1901 Pennsylvania Ave. NW, Ste 607
Washington, DC 20006
(202) 530-5630

Counsel for plaintiffs

-17-

**Certificate of Service**

I hereby certify that on the 30th day of January, a copy of the foregoing was sent via first class mail postage prepaid to:

Richard Love
Office of Corporation Counsel
441 Fourth Street NW, 6th Fl South
Washington, DC 20001


Edith Shine
Office of the U.S. Attorney
555 4th St. NW
Washington, DC 20001-2733

_____
Carl Messineo