## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>    Defendants. )<br>_____) | Civil Action No.  06-1281 (PLF/JF) |

### AFFIDAVIT OF CARL MESSINEO, ESQ.

1. I certify that I am over eighteen (18) years of age and competent to testify to the following based on personal knowledge.

2. On September 1, 2000, Robert Fish through counsel filed a Freedom of Information Act request to the MPD requesting identification of the assailant based on his photograph. On October 11, 2000, in the absence of any response, Fish through counsel filed an appeal with the Office of the Mayor. No response to that was received.

3. A public records search was undertaken for "Bruce Lorrick," and a licensed private investigator was employed to locate "Lorrick."

                                                Respectfully submitted,

                                                _____
                                                Carl Messineo, *counsel for Robert Fish*
                                                Partnership for Civil Justice
                                                10 G Street, N.E., Ste 650
                                                Washington, D.C. 20002