UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 06-1281 (PLF/JF) |

## NOTICE OF APPEARANCE OF MARA VERHEYDEN-HILLIARD

To the Clerk of the Court:

Please enter the appearance of Mara Verheyden-Hilliard as counsel in this case for Plaintiff Robert Fish.

Dated: February 21, 2007              Respectfully submitted,

                                                                /s/_____
                                                      Carl Messineo (#450033)
                                                      Mara Verheyden-Hilliard (#450031)
                                                      PARTNERSHIP FOR CIVIL JUSTICE
                                                      10 G Street, NE Suite 650
                                                      Washington, DC 20002
                                                      (202) 789-4330
                                                      (202) 789-4333 facsimile