UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>)<br>Defendant. ) | Civil Action No. 06-01281 (PLF/JMF) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests a two-week enlargement of time, up to and including March 16, 2007, within which to file a reply in support of Defendant's motion to dismiss. Pursuant to Local Rule 7(m), the undersigned discussed the relief requested in this Motion with Plaintiff's counsel, who indicated that Plaintiff consents to the requested enlargement of time. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. Defendant's reply currently is due by March 2, 2006, in this FTCA case.

2. Plaintiff's opposition is nineteen pages and includes eight exhibits and a Fed. R. Civ. P. 56(f) motion. The undersigned counsel of record will need to consult with the FBI in order to respond to Plaintiff's opposition. In addition, undersigned counsel of record has, inter alia, the following responsibilities in the next ten days: discovery responses in Roane v. Gonzales, Civil No. 05-2337 (RWR) due by March 5; deposition of plaintiff in Kelly v. Civil No. Baretto, 05-0900 (PLF) on March 6; Civil Division offsite training March 8 and 9; opposition to

motion for summary judgment due in Comptel v. FCC, Civil No. 06-1718 (HHK) by March 14. Despite working diligently throughout this period, the undersigned counsel will need additional time to coordinate the filing with the client agency, the FBI, and allow the FBI sufficient time to review and comment upon the draft motion.

      3.     This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant Defendant's dispositive motion Defendant, it would resolve this case without the cost and time of further litigation.

For the foregoing reasons, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372