UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,** )  )   Plaintiff, )  )   v. )  ) **UNITED STATES OF AMERICA,** )  )   Defendant. ) | Civil Action No. 06-01281 (PLF/JMF) |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Extension of Time and the Memorandum of Points and Authorities in Support thereof, it is this \_\_\_\_ day of _____, 2007, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendant's reply to Plaintiff's opposition to Defendant's motion to dismiss is due by March 16, 2007.

_____
UNITED STATES MAGISTRATE JUDGE