UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT FISH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01281 (PLF/JMF) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO
FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully

requests a two-day enlargement of time, up to and including March 20, 2007, within which to file

a reply in support of Defendant's motion to dismiss. Pursuant to Local Rule 7(m), the

undersigned discussed the relief requested in this Motion with Plaintiff's counsel, who graciously

indicated that Plaintiff consents to the requested enlargement of time. A proposed order

consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1.      Defendant's reply currently is due by March 16, 2007, in this FTCA case.

2.      Plaintiff's opposition is nineteen pages and includes eight exhibits and a Fed. R.

Civ. P. 56(f) motion. The undersigned counsel of record will need additional time to draft and

file the reply. Deadlines in the undersigned counsel's other cases, official travel, and medical

leave have prevented counsel from drafting and completing Defendant's reply prior to this time.

On March 6, 2007, the undersigned counsel conducted the deposition of the plaintiff in Kelly v.

Barreto, 05-0900 (PLF). On March 8, 2007, the entire Civil Division of the United States

Attorney's Office for the District of Columbia was out of the office for mandatory training.  On

March 9 and 10 the undersigned counsel of record was out of the office on official travel to the

Federal Correctional Complex at Terre Haute, Indiana for a March 10, 2007 site inspection in

Roane v. Dept. of Justice, 05-2337 (RWR/DAR).  The undersigned has been out of the office for

a significant portion of the week of March 12, 2007 due to family commitments, including a

medical appointment of a family member.  Despite being out of the office for a significant

period, since returning to the office on March 12, 2007 from Indiana, the undersigned has drafted

and filed a reply brief in the Roane case and drafted and filed an answer in a FOIA case.  Despite

diligent efforts resulting in a draft reply that is substantially complete, Defendant will need the

requested time to allow the client agency, the FBI, sufficient time to review and comment upon

the draft motion.

      3.     This extension is sought in good faith and seeks only the amount of time that the

undersigned reasonably expects will be required.  The granting of this Motion would promote

judicial economy because, should the Court grant Defendant's dispositive motion, it would

resolve this case without the cost and time of further litigation.

      For the foregoing reasons, Defendant respectfully requests that this Motion be granted.

      Respectfully submitted,

         s/Jeffrey A. Taylor
      JEFFREY A. TAYLOR, D.C. BAR # 498610
      Interim United States Attorney

         s/Rudolph Contreras
      RUDOLPH CONTRERAS, D.C. BAR #  434122
      Assistant United States Attorney

     s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372