UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. ) | Civil Action No. 06-01281 (PLF/JMF) |

ORDER

UPON CONSIDERATION of the Defendant's Second Motion for Extension of Time and the Memorandum of Points and Authorities in Support thereof, it is this ____ day of _____, 2007, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendant's reply to Plaintiff's opposition to Defendant's motion to dismiss or for summary judgment is due by March 20, 2007.

_____
UNITED STATES MAGISTRATE JUDGE