UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT FISH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 06-1281 (PLF/JMF) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| Defendant.   ) | |

## NOTICE

This document is the same as Defendants' Reply to Plaintiff's Opposition, see Document No. 20.

                                       Respectfully submitted,

                                        s/Jeffrey A. Taylor
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                         s/Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #  434122
                                        Assistant United States Attorney

                                         s/Peter S. Smith
                                        PETER S. SMITH, D.C. BAR # 465131
                                        Assistant United States Attorney
                                        United States Attorney's Office, Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372