UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>_____) | Civil Action No.  06-1281 (PLF/JF) |

**NOTICE OF CHANGE OF ADDRESS**

Counsel for the Plaintiff wish to apprise the Court that, effective May 16, 2007, contact information for counsel from the firm Partnership for Civil Justice will be as follows:

> Partnership for Civil Justice
> 2401 Pennsylvania Avenue, NW
> Suite 320
> Washington, DC 20037
> (202) 955-5559
> (202) 955-5589 fax

May 15, 2007                                          Respectfully submitted,

/s/ Carl Messineo /s/
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
Partnership for Civil Justice
10 G Street, NE Suite 650
Washington, DC 20002
(202) 789-4330
(202) 789-4333 fax