

July 8, 2005

Carl Messineo, Esq.
Mara Verheyden-Hillliard, Esq.
1901 Pennsylvania Avenue, N.W.
Suite 607
Washington, DC 20006
ALSO SENT BY FAX: 202-530-5634

Re:  Alliance for Global Justice et al. v. District of Columbia et al., Case No. 01-00811 (JMF)

Dear Counsel:

WMATA has received your subpoenas dated June 22, 2005 and attached documents in the above referenced case. Please be advised that WMATA objects to Paragraph 1 of the Attachment to Subpoena to Washington Metropolitan Area Transit Authority (WMATA) and to Paragraph 1 of the Notice of Rule 30(b)(6) Deposition of Washington Metropolitan Area Transit Authority. Although a final assessment of every document requested has not been made due to the time constraints imposed by the subpoena, it appears that the documents and testimony requested are privileged or otherwise not subject to disclosure. The documents and testimony requested would reveal personal information which could jeopardize the safety of law enforcement personnel. Therefore, WMATA will not be producing documents or testimony requested in those paragraphs.

Thank you for your consideration of this matter.

Sincerely,

Vincent A. Jankoski
Associate General Counsel

**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6, 70, 71, 80, X2

*A District of Columbia, Maryland and Virginia Transit Partnership*

GOVERNMENT EXHIBIT 2