UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIANCE FOR GLOBAL JUSTICE, )
ET AL., )
)
)
)
Plaintiffs, )
)
v. )
) Civil Action No. 01-0811 (PLF/JMF)
)
DISTRICT OF COLUMBIA, ET AL., )
)
)
Defendants. )
)

## JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties jointly submit this motion to enlarge the deposition discovery period in this case by three months, that is until August 31, 2005, and to shift the deadlines for the briefing of dispositive motions accordingly. The current deposition discovery deadline is May 31, 2005. An order consistent with this Motion is attached. In support of this Motion, the parties state that they have conferred, and believe that this enlargement reasonably is necessary to complete the approximately thirty depositions remaining in this case. Timely completing the remaining depositions has been impacted by the complexity of scheduling given the related mass arrest cases that involve many of the same parties, counsel and witnesses[1], and by the fact that both lead counsel for plaintiffs in this case

---

[1] Those cases include: Abbate v. Ramsey, No. 03-0767 (EGS); Barham v. Ramsey, No. 02-2283 (EGS); Chang v. United States, No. 02-2010 (EGS); Intern'l Action Center v. USA, No. 01-0072 (GK).


GOVERNMENT EXHIBIT 4

and the undersigned counsel for the Federal Defendants took time off from their practice for the birth of children, plaintiffs' counsel during January 2005 and counsel for the Federal Defendants during March 2005. The parental leave taken by those attorneys during January through March 2005, slowed the progress of deposition discovery in this case.

In addition, the parties' briefs concerning whether certain dismissed plaintiffs will be subject to discovery in this case remain pending with the Court. The resolution of this issue will require, if resolved in favor of defendants, additional depositions and necessitate the enlargement of the current discovery deadline.

While the parties understand the Court's admonition during a September 2004 status hearing in this case that it would not enlarge the discovery period beyond what the parties had requested at that time, the parties could not at that time have anticipated, nor have raised with the Court at that time, the impact of their parental leave upon the progress of this case or the complexity of scheduling the remaining depositions due to the impact of the schedules of the cases listed in note 1 to this Motion.

In order to assure the Court that any remaining depositions will, in fact, be timely completed, the parties have attached as Ex. 1 hereto a current deposition schedule.

                                          Respectfully submitted,

                                          /s/

                                          KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                          United States Attorney

                                          /s/

                                          PETER S. SMITH, D.C. BAR #465131
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          555 Fourth Street, N.W.

Washington, D.C. 20530
Tele: (202) 307-0372

Counsel for Federal Defendants


/s/
_____

Mara Verheyden-Hilliard
Carl Messineo
Merrilyn Onisko
Partnership For Civil Justice,
1901 Pennsylvania Avenue, NW
Suite 607
Washington, D.C. 20006

Counsel for plaintiffs


/s/
_____

Thomas Koger
Lori Parris
Office of the Attorney General
  for the District of Columbia
441 4th St, NW
Room 6S045
Washington, D.C. 20001

Counsel for the District of Columbia

*May 31, 2005 update.*

## Alliance for Global Justice v. District of Columbia
### Depositions of Federal Employees, Agents or Representatives

| | | |
|---|---|---|
| **Chris Combs** | (noticed June 28, 2004) | (current date: June 2, 2005) |
| **Gregory Concowich** | (noticed June 28, 2004) | (current date: *unconfirmed*) |
| **USSS TSD SSA David** | (noticed June 28, 2004) | (current date: June 17, 2005) |
| **Todd Davis** | (noticed June 28, 2004) | (current date: TBD) |
| **Stephen Fogarty** | (noticed June 28, 2004) | (current date: June 3, 2005) |
| **John Perren** | (noticed June 28, 2004) | (current date: *in Iraq until July*) |
| **Donald Phipps** | (noticed June 28, 2004) | (current date: June 2, 2005) |
| **James Rice** | (noticed June 28, 2004) | (current date: August 3, 2005) |

30(b)(6) depositions of **Federal Defendants**       (noticed June 28, 2004)
- - FBI                                               (current date: August 3, 2005)
- - ATF                                               (current date: June 10, 2005)
- - Secret Service                                    (current date: June 10, 2005)

### Alliance for Global Justice v. District of Columbia
### Depositions of District of Columbia Employees, Agents or Representatives

**Jose Acosta**        (noticed June 28, 2004)        (current date: July 7, 2005)
    *Confirmed by all parties as of April 28.*
**Inspector R. Elam**  (noticed June 28, 2004)        (current date: July 12)
**Richard Fleming**    (noticed June 28, 2004)        (current date: July 12/13)
**Stephen Gaffigan**   (noticed June 28, 2004)        (current date: June 23, 2005)
**J. Johnson**         (noticed June 28, 2004)        (current date: *unconfirmed*)**
    ***D.C. confirmed that Johnson is available in August except for the 19th and 22nd. Plaintiffs have proposed August 12th or in the alternative August 17th for his deposition.*
**Lorraine Kitrell**   (noticed June 28, 2004)        (current date: June 28, 2005)
**Jeffrey Madison**    (noticed June 28, 2004)        (current date: August 11, 2005)
    *Confirmed as of May 10.*
**Angelo Parisi**      (noticed June 28, 2004)        (current date: *unconfirmed*)
    *Ron Harris will accept service of a subpoena for this deponent's appearance.*
    *D.C. is arranging Mr. Parisi's appearance.*
**James Short**        (noticed June 28, 2004)        (current date: August 31, 2005)
    *Confirmed as of May 9.*
**James Smart**        (noticed June 28, 2004)        (proposed dates: *unconfirmed*)
**James Talbert**      (noticed June 28, 2004)        (current date: July 14, tentative)
    *The parties must communicate and resolve whether there is a previously noticed deposition in the <u>Barham</u> case that will proceed on this day.*
**Adrian Thompson**    (noticed June 28, 2004)        (current date: TBD)
    *At D.C.'s request, plaintiffs agree to review Chief Thompson's testimony before the Council, and after the deposition of James Short to evaluate whether his appearance is necessary.*
**Neil Trugman**       (noticed June 28, 2004)        (current date: July 22, 2005)
**Anthony Williams**   (noticed January 4, 2005)      (current date: subject of protective order motion)

**D.C. 30(b)(6) Deposition** (noticed June 28, 2004)  (current date: July 19 - 21, 2005)
    *Confirmed by all parties as of April 26.*
**Depositions of Arresting Officers**                 (current dates: July 26 - 28, 2005)
    *At D.C.'s request, plaintiffs will review in light of other forthcoming testimony whether it is necessary for*

*there to be depositions of arresting officers.*

## Depositions of Plaintiffs

**Seeds of Peace** (current date: June 24)
*Confirmed by all parties May 12.*
**Carl and Marsha Dillinger** (current date: TBD)
*Due to personal circumstances, specifically a death in their family, the Dillingers have been delayed in arranging the date of their deposition. Their availability will be forthcoming.*
**Charles Sippel** (current date: TBD)
*Telephone deposition. Mr. Sippel's availability will be forthcoming.*