

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Peter Smith*
*Civil Division*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 6, 2005

Mara Verheyden-Hilliard, Esq.
Carl Messineo, Esq.
Merrilyn Onisko, Esq.
Partnership For Civil Justice, Inc.
1901 Pennsylvania Avenue, N.W.
Suite 607
Washington, D.C. 20006

      Re. <u>Alliance for Global Justice, et al. v. District of Columbia, et al.</u>, 01-0811 (PLF)

Dear Counsel:

This letter is in response to your e-mail of September 6 concerning enlarging the discovery period in this case. According to the current schedule in this case, discovery closed on August 31, when the parties were together for the deposition of Capt. Short. At that time, none of the parties moved to enlarge the discovery period in this case. We understand that although the parties had, at various times, expressed interest in conducting depositions beyond the scheduled close of discovery in this case, the last scheduled deposition in this case was Capt. Short's; that is, that as of September 1 there were no additional depositions scheduled.

In your e-mail you ask about what steps the parties should take in enlarging the discovery period in this case. As a general matter, the Federal Defendants oppose enlargement of the discovery period. The case was filed in 2001 and discovery has been proceeding since at least January 2004. Federal Defendants recognize that it is appropriate for this case to move past discovery and are thus prepared to file a dispositive motion on October 17 in compliance with the court's scheduling order.

Should plaintiffs notify us of what additional discovery they are seeking, we will consider whether we will consent to a motion to enlarge the discovery period for a limited purpose, such as completing certain specified depositions.



GOVERNMENT EXHIBIT 6

Please contact me at your earliest convenience if you have any questions or wish to discuss this letter.

                              Very truly yours,

                              KENNETH L. WAINSTEIN
                              United States Attorney

By: _____
      PETER SMITH
      Assistant United States Attorney

cc. Thomas Koger, Esq.
    Lori Parris, Esquire
    Counsel for the District of Columbia