Law Offices
## PARTNERSHIP FOR CIVIL JUSTICE, INC.
1901 PENNSYLVANIA AVENUE, N.W.
SUITE 607
WASHINGTON, D.C. 20006

TELEPHONE
(202) 530-5830

FACSIMILE
(202) 530-5834

CARL MESSINEO*
MARA VERHEYDEN-HILLIARD*
*ADMITTED IN D.C. AND N.Y.

October 26, 2005

Tom Koger
Lori Parris
Office of the Corporation Counsel
441 Fourth Street, NW
Washington, DC 20001

*Via facsimile and E-mail*

Re: *Alliance for Global Justice, et al. v. District of Columbia*

Dear Counsel:

We would like to schedule the following outstanding depositions of Defendants. We will be formally noticing these depositions, but wanted to consult with you first to incorporate dates into the notice which are mutually convenient. We propose the following:

| | |
|---|---|
| Bruce Louryk | October 31, 2005 (upon service of process) |
| Neil Trugman | November 2, 2005 |
| James Smart | November 4, 2005 |
| D.C. 30(b)(6) | November 7, 2005 |
| Angelo Parisi | November 9, 2005 |
| Steve Gaffigan | November 11, 2005 |
| Inspector Elam | November 15, 2005 |
| Adrian Thompson | November 23, 2005 |

Please advise your availability on the above dates. We look forward to hearing from you soon.

Sincerely,

Merrilyn Onisko

cc: Peter Smith

GOVERNMENT EXHIBIT 2