## Smith, Peter

**From:**       Smith, Peter
**Sent:**       Thursday, December 01, 2005 5:27 PM
**To:**         'cm@justiceonline.org'
**Subject:**    RE: enlargement request in Alliance


Carl:   To the extent you are seeking, or will represent, Federal Defendant's position as
to the first request below re. Detective Louryk, as before we take no position and will
not file an opposition.  Of course, should plaintiffs set up a deposition of Det. Louryk
we have the right to service of notice of the deposition and to attend.

Peter S. Smith
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372 (voice)
(202) 514-8780 (fax)


-----Original Message-----
From: cm@justiceonline.org [mailto:cm@justiceonline.org]
Sent: Thursday, December 01, 2005 5:12 PM
To: Thomas.Koger@dc.gov
Cc: Smith, Peter; lori.parris@dc.gov; mvh@justiceonline.org;
kimc@justiceonline.org
Subject: RE: enlargement request in Alliance


<div>A couple of add'l discovery related items:</div>
<div> </div>
<div>I am going to move the Court to allow plaintiffs to take the
deposition of Bruce Louryk outside of discovery, either for discovery
or <EM>de benne esse</EM> purposes, should we ever be so fortunate as
to serve him. What is your client's position?</div>
<div> </div>
<div>Also, we did not force Chief Ramsey to make financial disclosures in
the Alliance deposition on the expectation or understanding that
he would be moving to dismiss the punitive damages claims, and that
should he be unsuccessful we would at that time revisit the issue of
the disclosure of his personal assets. Are you in agreement with this
approach, which avoids the need for such disclosure pending submission
of any dispositive motion on punitives?</div>
<div> </div>
<div>- Carl<BR><BR>Carl Messineo, Esq.<BR>PARTNERSHIP FOR CIVIL JUSTICE,
INC.<BR>1901 Pennsylvania Ave., NW<BR>Ste 607<BR>Washington, D.C.
20006<BR>(202) 530-5630 x201<BR><A
href="http://www.justiceonline.org/">www.JusticeOnline.org</A>
<BR><BR></div>
<BLOCKQUOTE style="PADDING-LEFT: 8px; MARGIN-LEFT: 8px; BORDER-LEFT:
blue 2px solid"><BR>-------- Original Message --------<BR>Subject: RE:
enlargement request in Alliance<BR>From: "Koger, Thomas (OAG)"
&lt;Thomas.Koger@dc.gov&gt;<BR>Date: Thu, December 01, 2005 4:59
pm<BR>To: "'kimc@justiceonline.org'"
&lt;kimc@justiceonline.org&gt;,<BR>Peter.Smith@usdoj.gov<BR>Cc: "Koger,
Thomas (OAG)" &lt;Thomas.Koger@dc.gov&gt;, "Parris, Lori
 (OAG)"<BR>&lt;lori.parris@dc.gov&gt;, cm@justiceonline.org,
mvh@justiceonline.org<BR><BR>
<META content="Microsoft Word 11 (filtered medium)" name=Generator>
<STYLE> v\:* {behavior:url(#default#VML);} o\:*
{behavior:url(#default#VML);} w\:* {behavior:url(#default#VML);} .shape
{behavior:url(#default#VML);} </STYLE>
<o:SmartTagType



GOVERNMENT
EXHIBIT
10