```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT FISH,                    )
                                )
            Plaintiff,          )
                                )
     v.                         ) Civil Action No. 06-1281 PLF/JMF
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
            Defendant.          )
                                )
```

NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for all Defendants in this action and withdraw the appearance of Assistant United States Attorney Peter S. Smith.

                Respectfully submitted,

                _____
                PETER S. SMITH
                Assistant United States Attorney

                _____/s/___
                W. MARK NEBEKER, DC Bar #396739
                Assistant United States Attorney
                Civil Division
                555 4th Street, N.W.
                Washington, DC 20530
                (202) 514-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Substitution Of Counsel has been made through the Court's electronic transmission facilities on this 15th day of November, 2007.

```
W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```