```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT FISH,                    )
                                )
            Plaintiff,          )
                                )
     v.                         ) Civil Action No. 06-1281 PLF/JMF
                                )
UNITED STATES OF AMERICA,       )
                                )
            Defendant.          )
                                )
```

MOTION FOR CLARIFICATION, AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Fed. R. Civ. P. 7, 54(b) and the inherent powers of the Court, Defendant hereby moves for clarification (or amendment) of the Court's December 4, 2007 Report And Recommendation.  A voice-mail message was left with counsel for Plaintiff, Carl Messineo, Esq., on December 4, 2007, asking for Plaintiff's position on a request to clarify or amend the Report And Recommendation.  He has responded by e-mail that "Plaintiff does not suggest to the Court what the Court's original intent was with respect to the wording of the sentence at issue and does not oppose the issuance of clarification."

Defendant believes that the second full sentence on page 9 of the Report And Recommendation contains a typographical error and should recount that "Fish does not <u>indicate</u> in his declaration that the lawyers who filed the administrative tort claim acted without his authority or ultra vires."[1]  Defendant

---

[1] The sentence currently reads: "Fish does not <u>deny</u> in his declaration that the lawyers who filed the administrative tort claim acted without his authority or ultra vires." (emphasis

also believes that the exhibit referenced in footnote 3 of the Report And Recommendation should be Exhibit 3 to Defendant's Motion To Dismiss Or For Summary Judgment.

WHEREFORE, Defendant asks that the Court amend the Report And Recommendation to reflect these clarifications. A proposed Order accompanies this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

added).

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Motion For Clarification, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 6th day of December, 2007.

 

W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230