```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT FISH,                    )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 06-1281 PLF/JMF
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
          Defendant.            )
_____)
```

## ORDER

Upon consideration of Defendant's Motion For Clarification, And Memorandum In Support Thereof, for the reasons set forth in support of that motion and based upon the entire record herein, it is this ____ day of _____, 200__, ordered that the motion be and is hereby GRANTED; and it is

FURTHER ORDERED that the Report And Recommendation filed on December 4, 2007, be and is hereby amended as follows:

    1) the exhibit referred to in footnote 3 of the Report And Recommendation is amended to reflect Exhibit 3 to Defendant's Motion To Dismiss Or For Summary Judgment; and

    2) the second full sentence on page 9 of the Report And Recommendation shall read "Fish does not indicate in his declaration that the lawyers who filed the administrative tort claim acted without his authority or ultra vires."

 

_____
UNITED STATES MAGISTRATE JUDGE

copies to:

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

CARL MESSINEO, ESQ.
MARA VERHEYDEN-HILLIARD, ESQ.
Partnership for Civil Justice, Inc.
2401 Pennsylvania Avenue, N.W.
Suite 320
Washington, DC  20037