UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH,       Plaintiff, | ) ) ) ) |
| v. | ) )  Civil Action No. 06-1281 (PLF/JF) |
| UNITED STATES OF AMERICA, *et al.*       Defendants. | ) ) ) ) ) |

**NOTICE OF CHANGE OF ADDRESS**

Counsel for the Plaintiffs wish to apprise the Court of a change in contact information for counsel for the firm Partnership for Civil Justice:

> Partnership for Civil Justice
> 617 Florida Avenue, NW
> Washington, DC 20001
> (202) 232-1180
> (202) 350-9557 fax

January 9, 2008                                        Respectfully submitted,

                                                       /s/ Carl Messineo /s/
                                                       Carl Messineo (#450033)
                                                       Mara Verheyden-Hilliard (#450031)
                                                       Partnership for Civil Justice
                                                       617 Florida Avenue, NW
                                                       Washington, DC 20001
                                                       (202) 232-1180
                                                       (202) 350-9557 fax