```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT FISH,                      )
                                  )
            Plaintiff,            )
                                  )
    v.                            )Civil Action  No. 06-1281 PLF/JMF
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                                  )
            Defendant.            )
                                  )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Objections To The Magistrate Judge's Proposed Findings And Recommendations in the above action up to and including January 28, 2008.  Plaintiff's counsel, Carl Messineo, Esq., has indicated that Plaintiff does not oppose this enlargement of time.

Defendant requests this additional time, because he must prepare a lengthy dispositive motion in an unrelated action involving individual capacity claims against a federal police officer and his responsibilities in that case have not allowed sufficient time to complete the needed response in this case.  In addition, counsel must travel out of the area next week for depositions.  These and other responsibilities of counsel will not permit him to respond in advance of January 28, 2008.

For these reasons, Defendant asks that additional time be

permitted to complete a response in the case.  A proposed Order is attached hereto.

                              Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 17th day of January, 2008.

/s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230