UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ROBERT FISH,                     )
                                 )
            Plaintiff,           )
                                 )
     v.                          ) Civil Action No. 06-1281 PLF/JMF
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
            Defendant.           )
_____)
```

ORDER

Upon consideration of Defendant's Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, for the reasons set forth in support of that motion and based upon the entire record herein, it is this ____ day of _____, 2008, ordered that the motion be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant may respond to Plaintiff's Objections To The Magistrate Judge's Proposed Findings And Recommendations in the above action on or before January 28, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

CARL MESSINEO, ESQ.
MARA VERHEYDEN-HILLIARD, ESQ.
Partnership for Civil Justice, Inc.
2401 Pennsylvania Avenue, N.W.
Suite 320
Washington, DC  20037