UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT FISH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1281(PLF/JMF) |

ORDER

On August 4, 2006, this action was referred to Magistrate Judge John M. Facciola for management of all pre-trial matters, including for the purpose of issuing reports and recommendations on any dispositive motions filed. See Local Civil Rule 72.3. Magistrate Judge Facciola filed a Report and Recommendation on defendants' pending motion to dismiss or for summary judgment on December 17, 2007 ("Report"). Plaintiff filed objections to the Report on January 4, 2008 ("Obj."). Defendants responded to plaintiff's objections on January 28, 2008 ("Resp.").

Local Civil Rule 72.3(b) provides that "[a]ny party may file written objections to the magistrate judge's proposed findings and recommendations issued under paragraph (a) within ten days after being served with a copy thereof. The objections shall specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for the objection." Local Civil Rule 72.3(b). When a party files written objections to any part of the magistrate judge's recommendation, the court considers *de novo* those portions of the

recommendation to which objections have been made, and "may accept, reject, or modify the recommended decision[.]" Local Civil Rule 72.3(c); Fed. R. Civ. P. 72(b).

  Magistrate Judge Facciola concluded that plaintiff's Federal Tort Claims Act ("FTCA") claim is barred by the statute of limitations found in 28 U.S.C. § 2401(b). Having reviewed the matter *de novo*, the undersigned agrees. Accordingly, upon careful consideration of the Report and the objections and the entire record herein, it is hereby

  ORDERED that the Report and Recommendation of Magistrate Judge Facciola is ADOPTED and APPROVED; it is

  FURTHER ORDERED that defendants' [11] motion to dismiss or for summary judgment is GRANTED and that plaintiff's request under Rule 56(f) of the Federal Rules of Civil Procedure is DENIED; and it is

  FURTHER ORDERED that this case is DISMISSED for lack of subject matter jurisdiction. The Clerk's Office is directed to remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

  SO ORDERED.

               _____/s/_____
               PAUL L. FRIEDMAN
               United States District Judge

DATE: February 1, 2008